Direct Parent Referral Meeting minutes should be kept.

2. The parent will explain the disability of the child as well as reasons why special education services are being sought.
3. If during the meeting, the parent decides against a Direct Parent Referral to special education but would prefer to begin the tiered intervention process, the Tier 2 process should begin.
4. If during the meeting, the parent decides to move ahead with the Direct Parent Referral to special education, follow steps 6 – 10.
5. The parent will complete Parent Referral to Special Education Form.
6. The special education representative will give parent a copy of Parent Rights and explain those rights.

- The committee discusses any additional information that will be needed to determine eligibility. The Tier 2 Student Information packet and the Analyzed Work Sample packet must be completed by the teacher. In addition, observation of the student, achievement testing, comprehensive psychoeducational evaluation, or medical information may be needed. If the committee requests any evaluation, it must provide the parent with the Parental Consent for Evaluation (ISPE2102) form and secure a "yes" or "no" response. If a comprehensive psychoeducational evaluation is needed, the psychologist may request the parent complete a parent questionnaire.

1. As classroom interventions and progress monitoring are required components in determining eligibility for special education services for learning disabilities, the committee should include the necessary Tier 3 or problem solving team members so that the committee/team can also develop strategies/interventions in order to begin the intervention process. The implementation of the Tier 3 process would occur simultaneously with the evaluation process.
2. At the conclusion of the Direct Parent Referral meeting, copies of the completed and signed forms should be made and given to the parent, Tier 3 representative, SSA and school psychologist and the original form should be maintained by the SSA or designee..
3. Within 60 calendar days of the receipt of signed parental consent, the District must complete any necessary evaluations. The eligibility committee must determine eligibility or ineligibility at the meeting. In such cases, the eligibility committee could reconvene. A student may continue to receive Tier 3 interventions and, based upon the student's response, the eligibility committee could reconvene to review intervention outcomes and reconsider eligibility determination

**Guidance on private evaluations provided by parents**
**When parents present private psychological evaluations to school staff the following steps should be followed:**

1) Parents should be informed that by sharing the report with the district, it becomes part of the child's educational record. Psychological reports must be submitted in their entirety. An evaluation will not be accepted to be included in the student record or considered as part of an eligibility decision if only a portion of the report is provided.

2) Upon receipt of the complete report, it should be sent to special education records to be scanned into the academic portal, so that it can be accessed by appropriate staff.

3) A meeting should be held to consider the information in the private evaluation, and to determine next steps according to the criteria below:
     a. If the child has an IEP, the case manager should hold an IEP meeting and invite the school psychologist to attend.
     b. If the child has a 504 plan, the 504 coordinator should schedule a meeting to include parents, classroom teacher, school psychologist and, if needed, a special education representative.
     c. For all other students, a meeting should be held to consider the information provided. This meeting should include the parents, RTI facilitator, classroom teacher, school psychologist, 504 representative, and a special education representative. Minutes of the meeting should be documented in the RTI portal.

4) At the meeting, parents and professionals should consider the information and possible implications for educational support or referrals. The team, including specialists (SLP, OT, and/or school psychologists) will collaborate to determine whether any additional information is required. School psychologist's do not "accept" private evaluations, rather, they review to determine if the information contained therein is sufficient to address the referral question (e.g. criteria for eligibility, diagnosis for 504), or they make suggestions on how teachers and support staff might implement strategies to facilitate student success incorporating that information.

5) If the team determines that consideration for either a 504 plan or special education is warranted, then parental consent to evaluate should be obtained, whether or not additional formal or standardized testing is needed. If additional testing is needed to address the referral concern, then the scope and purpose of these evaluations should be reviewed so that informed consent is obtained.

## Parent Consent

The District is required to obtain informed written consent for any action requested. Parental consent is voluntary and may be revoked at any time.

- Consent is required for the following actions:
    - to conduct an initial evaluation;
    - to conduct a reevaluation; except that such informed parental consent need not be obtained if the LEA can demonstrate that it has taken reasonable measures to obtain such consent and the child's parents failed to respond.
    - for the initial provision of special education and related services on the IEP; and
    - before disclosure of personally identifiable information that is subject to confidentiality.

- If a parent questions any proposed actions or changes to the IEP, it is recommended that he or she discuss the concern with the teacher or administrator. Consent for the initial evaluation does not provide consent for initial placement.

- CCSD form 2102 is used for the parental consent for initial evaluation and re-evaluation. For use the form is available via OnTrack or CTLS. Parents requesting evaluations should communicate with the SSA. SSAs have been provided guidance to access the form via OnTrack on the CTLS Special Education District Wide community under Forms Bank; Consent.

- Parent consent is not needed for the District to perform these routine duties:
    1. Review existing evaluation information.
    2. Screen a child to determine appropriate instructional strategies.
    3. Administer an evaluation that is given to all students without consent for evaluation. Refer to the Parent Consent form.

## Impact on Educational Performance
- Prior to special education eligibility, a number of interventions must have been

provided to the child who is at risk for school failure. Frequently, but not always, these students are those whose performance on statewide assessments is in the lowest performance level. The interventions provided through general education are in addition to the traditional instruction that all students receive and may vary in duration and intensity of support. In addition to the actual interventions, data must be analyzed to determine the amount of progress the child is making with the evidence- based interventions. This data is collected through progress monitoring such as curriculum-based measurements. The objective is to determine whether the child receiving interventions is making progress toward the established benchmark of performance. Benchmark performance is determined by mastery of the standards and elements identified for a specific grade level. Once sufficient data is collected (for consideration of eligibility under Specific Learning Disability (SLD), there must be a **minimum** of 4 data points collected from the progress monitoring over a **minimum** of 12 weeks of interventions), the team will analyze the information to determine what support is required for the child to succeed in the general education curriculum. For some children, core instruction in the curriculum combined with other interventions provided by the general education staff will be ample support for the child to make progress toward meeting the standards. Some children, despite the interventions, will continue to fall behind their peers. For these select children, the progress monitoring data must be reviewed to determine the level of progress being made. A child whose *rate of learning* is comparable to grade level peers cannot be determined to have a disability that impacts educational performance even though the child may be below grade level performance. General education interventions should continue to be made available, possibly increasing in their intensity or duration. On the contrary, a child whose *rate of learning* is not comparable with grade level peers may be considered a child with a disability that impacts educational performance. For these children, special education support may be necessary.

## Comprehensive Evaluation

- An initial evaluation needs to look at the needs of the whole child, regardless of the reason for the referral including:
    - informally and formally assess all areas related to any suspected disability, including, if appropriate, vision and hearing, health, social and emotional status, general intelligence, academic performance, communicative status, and motor abilities;
    - use a variety of evaluation tools and strategies to gather relevant academic, functional, and developmental information about the child, including information provided by the parents;
    - not use any single procedure as the only criterion for determining whether a child is a child with a disability or for determining an appropriate educational program for the child;
    - use assessment techniques that may assess developmental, physical, intellectual, academic, communication, and social/emotional skills;

- use evaluation tools and strategies to provide relevant information that will directly assist the eligibility team in determining the educational needs of the child;
- use assessments and other evaluation materials to assess specific areas of educational need and not only those that are designed to provide a single general intelligence quotient (IQ) score; and
- select assessment methods that, when administered to a child with impaired sensory, manual, or communication skills (to include English Learner (EL) barriers), the results accurately reflect the child's aptitude or achievement level and are not culturally biased.

## Determination of Eligibility

Once the evaluation is completed the team will meet to consider eligibility for special education services. In order to meet eligibility, the student must meet the requirements of one or more of the following categories:

- *Autism*
- *Deaf-Blind (D/B)*
- *Deaf/Hard of Hearing (D/HH)*
- *Emotional/Behavioral Disorder (EBD),*
- *Mild, Moderate, Severe, or Profound Intellectual Disability (MIID, MOID, SID, or PID)*
- *Orthopedic Impairment (OI)*
- *Other Health Impairment (OUI)*
- *Significant Developmental Delay (SDD)*
- *Specific Learning Disability (SLD)*
- *Speech-Language Impairment (SI)*
- *Traumatic Brain Injury (TBI)*
- *Visual Impairment, including Blindness (VI)*

For more information on eligibility see the eligibility section of this manual.

- An eligibility report is drafted including but not limited to the results of the evaluation(s), current functioning, records/developmental history, intervention data, analyzed work samples, and an observation. The IEP/Eligibility team makes a determination of eligibility or in-eligibility based on the evaluation process and the GaDOE eligibility regulations.

### Exclusionary Factors

**However, an eligibility determination cannot occur until the existing data is reviewed to determine whether exclusionary factors related to specific eligibility categories are present. All categories include the following exclusionary factors:**

- Lack of appropriate instruction in reading, writing and math
- Limited English proficiency
- Result of cultural factors

- Result of environmental or economic disadvantage
- Result of atypical educational history (multiple school attendance, lack of attendance, etc.
- Result of inadequate visual capability*
- Result of inadequate hearing capability*
- Result of a motor impairment that impacts results of assessments*
- No
- 11. A result of selective mutism, tongue, thrust, or dialectic differences in language*

## Reevaluation/Redetermination

The purpose of a reevaluation is to review current evaluation information and to consider what additional information might be needed to decide whether the child continues to have a disability and to determine the needs of the child.

- A reevaluation of the child's needs is to be conducted at least once every three years unless the parent and the district agree that a reevaluation is unnecessary. The reevaluation may be conducted at any time if the district feels the needs of the child should be reevaluated or at the parent's request.

- The district must provide written notice to the parent and must receive written informed parental consent before conducting any reevaluation of a child with a disability. If the parent does not respond after several attempts, the district can go forward with the reevaluation but it must document its reasonable, varied efforts to contact the parent. The IEP reevaluation committee then reviews the reasons for the reevaluation, as well as existing evaluation data, including any information provided by the parent.

- If the committee determines the need to evaluate for a new area of suspected disability, the data collection needs to occur for that area as it would with a new eligibility. For example, if a student is currently eligible in the category of speech and language and the committee determines the need to evaluate for Emotional Behavioral Disorder, data needs to be collected in that area.

## Review of Existing Evaluation Data

- As part of an initial evaluation, and as part of any reevaluation, the parent and other qualified professionals must review evaluation data on the child that is already available. This review may be conducted without a meeting and may include evaluations and information provided by the parent, current classroom-based local or Georgia assessments, classroom-based observations, and observations by the teacher and related service providers. The team will, on the basis of that review, and considering how long it has been since formal assessment of the student last occurred, identify

additional data needed, if any, to determine the following:

- the present levels of academic achievement and related developmental needs of the child;
- whether the child continues to have a disability or has an additional disability;
- whether the child continues to need special education and related services;
- whether the child needs any additions or modifications to the special education and related services to meet the measurable annual goals set in the IEP; and
- whether or not the child can participate in the general education curriculum, as appropriate

- If the IEP/reevaluation committee determines that no additional information is needed, then the committee can proceed with the eligibility. If additional information is determined to be needed, the committee determines which assessments are appropriate for the child. The parent has a right to request assessments for the determination of eligibility for the child's educational needs, even if the committee had concluded that no additional data was needed.

- Reevaluation is conducted at least every 3 years to consider if Student continues to meet eligibility criteria for special education based on the previous eligibility determination or if additional testing is needed to determine either a.) continued eligibility or b.) an additional eligibility category. If the IEP team or parent determines additional testing is needed, parental consent for evaluation is needed for re- evaluation.

## Evaluation before Termination of Eligibility

- The district must reevaluate a child with a disability before determining that the child is no longer a child with a disability who requires special education services.
  - o A re-evaluation must occur before an IEP/Eligibility team can determine a student is no longer a student with a disability under IDEA. The term re-evaluation means more than a records review which occurs during redetermination.
  - o The District must seek parental consent for evaluation to re-evaluate.
    - If parent refuses to provide consent for evaluation, the LEA would review the existing data in a new eligibility report to determine if the student continues to meet eligibility. Data could include data on goals and objectives, any current school assessments such as DRA, RI, or MI and any other classroom observational data.
    - A re-evaluation should include additional assessments

conducted in all areas in which weaknesses are associated with the current eligibility category. The re-evaluation information should be presented through eligibility report during an IEP/Eligibility meeting.The IEP/Eligibility team will determine if Student continues to have a disability; if the disability has an adverse impact on Students education and if Student requires specialized instruction due to impact of the disability.

- If Student continues to meet eligibility criteria under IDEA, consider any revisions to the current IEP.
- If Student no longer meets eligibility criteria, Student will be dismissed from Special Education. If appropriate, the LEA may consider referring Student to Rti or Section 504. Contact the RtI Tier Coordinator or Section 504 Coordinator if appropriate to discuss potential referral follow up meetings for Section 504 or RtI.

- The district must provide the student with a summary of academic and functional performance that includes recommendations for meeting postsecondary goals when the student is graduating with a regular diploma or aging out of school.



# FREE APPROPRIATE PUBLIC EDUCATION (FAPE)
## (34 C.F.R. §§ 300.101-300.113; GEORGIA RULE 160.4-7-.06)

### Definition of FAPE

All students **with an Individualized Education Program** (IEP) are entitled to a free appropriate public education (FAPE). This includes children who are eligible for special education from the ages of three (3) through twenty-one (21). Special education and related services that make up the FAPE are provided to children identified with disabilities who have an IEP at no cost to the parent. Special education and related services, including special education at the preschool, elementary, and secondary levels, are services that are provided so eligible students can make progress toward and/or meet the educational standards of Georgia. All students will be provided an education that includes access to the general education curriculum and addresses the unique needs of the individual student and his or her disability.

### Students Entitled to FAPE

Students are entitled to FAPE when they are determined eligible for special education and related services. This can be as early as 3 years of age. If a child is receiving services prior to age 3 through the Babies Can't Wait (BCW) program, then both the BCW program and the district have work together to transition the child to the public school program by the child's 3rd birthday. Children should have eligibility for special education determined and an IEP developed and in place by age three if they were previously receiving services. Children are entitled to continue to receive special education and related services through their 21st year (or until they turn 22) if they remain eligible for special education and they have not graduated with a regular high school diploma. Entitlement to FAPE ends upon reaching age 22 or graduating with a regular diploma, whichever comes first.

- IEP's should be in effect the first day of school each year.

- Initial IEPs should be conducted within 30 days of eligibility determination.

When a student with an IEP graduates with a regular diploma or ages out of school (i.e., turns 22 years of age), he or she must be provided with a *Summary of Performance (SOP)* of his or her academic and functional needs. The SOP also includes strategies to assist the student in achieving his or her desired postsecondary goals. Although not required for students who receive a special education diploma or other exit document, such as a certificate of attendance, best practice is to provide the SOP to ALL students with IEPs who

are exiting public school.

- Students who are aging out will receive their last day of special education services on the day before the Student turns 22.

- Case managers should provide a summary of performance to the student as part of receiving their records.

## Incarcerated Students

Students eligible for special education services who have an IEP and who are in a facility operated by the Department of Juvenile Justice (DJJ) or the Department of Corrections (DOC) must receive their educational programs. Each of these agencies provides the services to students within their facilities in Georgia. Each agency has the responsibility to identify, evaluate, determine eligibility, and provide special education and related services to students.

A student with a current IEP who is in the community jail, such as those managed by city or county agencies (i.e., the sheriff's office), is also entitled to FAPE. CCSD is responsible for providing services where the student.

CCSD has made efforts to work closely with the local jail in order to gain access to the student and to deliver services as well as child find activities.

These guidelines apply to students with disabilities who, at the time of their incarceration:

- Were enrolled in the District; **and**
- Were identified as a student with a disability **or** had an IEP; **and**
- Had not received a regular high school diploma

1. When a student with a disability has been incarcerated in an adult facility, the student or parents must notify the District in writing of the child's location and anticipated dates of incarceration.

NOTE: When a student has been absent for a period of time or when the District has a reason to suspect that the child is incarcerated, the school will make a referral to the local school social worker in an effort to obtain the child's location and anticipated dates of incarceration.

2. Notify the student and parent that all rights accorded to parents under Part B of the IDEA transfer to the student as a result of the incarceration, unless the rights have already been transferred.

3. Send Notice of IEP Meeting to parents and student. The purpose of the meeting is to determine supports and services during the time of incarceration. Offer to make arrangements to enable the student to participate by telephone or by written contributions.

4. Make contact (SSA) with the facility to determine the available access to the student for instructional purposes so that this information may be shared with the IEP committee. This contact shall be documented in writing.

5. Convene a properly constituted IEP meeting, including the student if at all

possible. At the meeting:

<u>For students who have regular attendance status:</u> The IEP committee must determine the extent to which the existing IEP may be implemented in the facility. In order to receive credit for attending school, the student must be provided with at least **3 hours** of instruction each week.

<u>For students who have been expelled:</u> The IEP committee must determine what services are necessary to enable the student to appropriately progress in the general curriculum and advance toward achieving the IEP goals. As the student is not entitled to attend school, due to the expulsion, there is no requirement that the student receive a specific amount of services.

**6.** The District shall assign the appropriate personnel to implement the IEP services. The assigned personnel must keep a log of contacts with the student and facility. In the event that the instructional personnel are denied sufficient access to the student, the instructional personnel shall notify the Special Education Assistant Director. Upon receipt of such notification, the Special Education Assistant Director shall send written notice of this denial to the student and the contact person at the facility.

NOTE: For students located in facilities in other Georgia counties, the District may contract with local personnel to provide the IEP services.

- Once a student with disabilities has been convicted of a crime, then the following procedures must be followed:

    1. Send an additional Notice of IEP Meeting to parents and student. Offer to make arrangements to enable the student to participate by telephone or by written contributions.

    2. The Support and Services Administrator or designee makes contact with the facility to determine the available access to the student for instructional purposes so that this information may be shared with the IEP committee. This contact shall be documented in writing.

    3. Convene a properly constituted IEP meeting, including the student if at all possible. At the IEP meeting, the committee must determine appropriate services as described above and also mark in the IEP as inapplicable the following :

(i) Participation in general assessments (34 CFR § 300.320(a)(6))

(ii) Transition planning and services (34 CFR § 300. 320(b)), unless the student released or eligible for early release before his/her 22nd birthday.

NOTE: If the IEP committee determines that significant security concerns exist or the facility restricts access to the child such that no IEP services can be delivered, the Support and Services Administrator should be contacted so that the School District may investigate such concerns and involve other agencies or legal counsel as appropriate.

    4. The District shall assign the appropriate personnel to implement the IEP services.

The assigned personnel must keep a log of contacts with the student and facility. In the event that the instructional personnel are denied sufficient access to a student, the instructional personnel shall notify the appropriate Assistant Director. Upon receipt of such notification, the Assistant Director or SSA shall send written notice of this denial to the student and the contact person at the facility.

NOTE: For students located in facilities in other Georgia counties, the District may contract with local personnel to provide the IEP services.

## Medicaid and Notices

- The Cobb County School District is required to receive parental consent prior to releasing information regarding student in order to seek any Medicaid funding. Additionally, parents may revoke their consent to release their child's information to Medicaid at any time. Should you choose to revoke your consent to release your child's information to Medicaid, this does not change the services your child receives from the District. If the parent has previously provided parental consent for the District to release their child's information or if they provide parental consent in the future, their child will continue to receive IEP services to at no cost. Funding provided to the District does not limit the coverage, change eligibility, affect benefits or count against visit or funding limits in the Medicaid program for which you child is enrolled. Funding sources do not delay services for students. For more guidance, staff members may contact the Medicaid Clerk.

## Residential Placement

- Students may require intensive support throughout the day/evening in order to receive FAPE through a residential placement either private or public state school.
- IEP teams may consider this level of support in the Services/LRE section of the IEP based on student present levels. This is one of the most restrictive settings to consider for a student. SSAs would contact their designated Assistant Director for more guidance if appropriate.

## Accessible Instructional Materials and Assistive Technology

Print instructional materials in an accessible format to students who are blind or other print disabled. These materials must be provided in a timely manner, usually about the same time as the traditional materials are received by other students, unless unusual circumstances exist. Accessible formats include braille, audio, or digital text, but do not include the altering of the content.

- IEP team should consider accessible instructional materials and Assistive

technology at least annually under the Special Considerations section of the IEP.

- o In the IEP, the team discusses "Does the student require alternative format for instructional materials?" If yes, the team considers the type such as Braille, Large Type, Auditory, or Electronic Text

## Assistive Technology (AT)

Information pertaining to the Assistive Technology Team for Cobb County School District can be found on CTLS Teach Assistive Technology Community, and can assist the local school teams by providing the following services:

- Assessments, consultations and evaluations
- Trial equipment
- Assistance in acquisition of equipment
- Training

The IEP committee needs to determine if the student **requires** assistive technology in order to implement the IEP. In other words, can the student make reasonable progress on his goals and objectives – or within his academic curriculum – using standard tools and modifications? Or, does the student require assistive technology?

The team should identify any instructional or access **areas that are relevant to the student,** and then identify required tasks within those areas. Once the tasks have been identified, the team should determine whether the student can complete the identified tasks independently using standard classroom tools, (See the CCSD Assistive Technology Toolkit located in Assistive Technology Community on CTLS Teach, https://cobbteachingandlearningsystem.cobbk12.org/) requires modifications and accommodations, requires assistive technology that is currently available, and may need additional solutions and/or services. If the IEP team can determine the student's assistive technology requirements and meet that need using equipment or programs available at their school, then the team can proceed through the other steps by indicating what assistive technology the student requires. If the IEP team determines that additional input is needed, or access to equipment is not available in their school, then the team should make a referral to the Assistive Technology Team. As part of the referral the IEP team should identify the student's need(s) and determined their available assistive technology does not meet these needs or determined that the team is unable to identify appropriately the student's needs and technology. An electronic referral form for an assistive technology assessment can be found on the SSA share drive in the Assistive Technology Forms folder (S:/SPECIALSTUDENTSERVICES/SSA-FORMS/ASSISTIVETECHNOLOGY). It should be noted in the IEP that a referral is being made. If the purpose of the referral is for an evaluation, then parental consent, Consent to Evaluate form 2102, should be obtained and the team would check the referral for testing in the area of related services.

## Extended School Year

Each district must provide extended school year (ESY) services to students who need such services to receive FAPE. ESY services are those services a student requires beyond

the normal school year of the district and are not limited to only the summer months. The IEP team makes the determination regarding whether a student needs ESY and, if so, what services will be provided.

- Make sure that you fully understand the criteria involved in ESY. All candidates for extended school year should be discussed with the Support Services Administrator (SSA) prior to completing the IEP. You must be able to support an ESY decision with **strong data** that clearly indicates the need for ESY in order for a student to receive a free appropriate public education (FAPE).
- **ESY Criteria:**
    - Does the student demonstrate a significant regression caused by the normal school break and a failure to recover the lost skills within a reasonable amount of time that limits his/her ability to achieve IEP goals/objectives?
    - Is the Student demonstrating less than expected rate of progress or regression that may limit the child's ability to achieve IEP goals/objectives?
    - Is the student at a critical point of instruction, i.e. with a presence of emerging skills or breakthrough opportunities, which required ongoing instruction during a school break?
    - Are there other special circumstance that require ESY (i.e. age, nature, and severity of the disability, transitional needs, delays, or interruptions in services?

As the LEA, you should guide the IEP team back to discussion on present levels and the progress reported on current goals and/ or goals and objectives in order to determine if ESY services are required. ESY MUST be discussed at least annually in an IEP meeting and typically is discussed in the Annual IEP. The IEP team may need to come back later in the school year if appropriate to reconsider the discussion or to determine specific goals or services for the student through an IEP amendment.

## Nonacademic and Extracurricular Activities

FAPE can also include nonacademic and extracurricular services. Supplementary aids and services may be necessary to provide students with disabilities the equal opportunity to participate in nonacademic and extracurricular activities.

- All students who have been identified as disabled under the IDEA are also disabled under Section 504 and cannot be discriminated against on the basis of their disability. Section 504 states that "No <u>otherwise qualified</u> individual with a <u>disability</u> shall, solely by reason of her or his disability, be excluded from the participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving Federal financial assistance." A student with a disability CANNOT be excluded from any school activity for which she/he is otherwise qualified. Section 504 provides an opportunity for students with disabilities to have equal access to programs which applies to before and after school activities such as extracurricular activities and afterschool programs. Students with disabilities are entitled to reasonable accommodations in order to access before and after school activities.

- Determination of the accommodations must be individualized. Consider the student's needs and determine whether the student is able to participate in the program given accommodations and services. The IEP team may need to consider supports under the supplemental aids/testing section of the IEP.

- For additional guidance or to request additional support and services for a student in your school, contact your SSA. SSAs may request additional guidance from their designated Assistant Director.

**Adapted PE SERVICE**

- Case managers and/or IEP teams make referrals if they believe a student may require AdPE services. If the case manager is uncertain, they are welcome to contact an AdPE Specialist to ask for consultation.

- An AdPE Specialist will complete an evaluation and make a recommendation to the IEP team regarding AdPE services. The IEP team makes the final decision regarding whether AdPE services are required.

- If the IEP team determines that AdPE services are required, then the services are documented in the IEP for the student

- Students are to receive the services, as documented in their IEPs. Scheduling and personnel are at the discretion of local school administration.
- The teacher who provides the service will also be responsible for data collection and progress reporting (report card and IEP progress updates.)

- Cobb County School District currently employs 11 Adapted PE Specialists. The AdPE Specialists support teachers and students in the following ways:

  - Conducting evaluations for students referred to AdPE
  - Sharing results and recommendations with IEP teams
  - Participating in IEP meetings, as appropriate
  - Consulting with direct service provider regarding AdPE
  - Conducting model lessons for the benefit of the direct service provider
  - Providing equipment for the service provider to use when implementing AdPE lessons
  - Providing unit lesson plans
  - Providing samples of data collection methods

## Charter Schools

- Children who attend public charter schools and their parents retain all the rights given to them in the public school under the IDEA. The charter that is part of the district may not, however, decline to serve students with IEPs.
- If the charter is a state charter school, the school is responsible for finding a way to provide whatever services the IEP team determines are appropriate for a student with an IEP who chooses to enroll in the charter. Students with IEPs may not be discriminated against, and a state charter must accept students who choose to enroll.

- Currently, there are no approved Charter Schools within our District. The Special Education Department includes designated representatives in SSA updates, provides training and guidance for the charter schools as needed.

## Medications

- District staff may not require medication as a condition of attending school, receiving an evaluation, or receiving services. Parents make the decisions regarding their children and any medication they administer or do not administer. Nothing prohibits staff, however, from sharing classroom observations regarding the academic, behavioral, or functional performance of a child with the parents in order to better inform the parents of the student's behavior and academic performance when taking or not taking medication. If a staff member believes a student is not receiving medication that is essential for his or her health or education, it may refer the family to the Department of Family and Children's Services for assistance.

- As part of an evaluation- Staff may request information related to medical history— Information from medical records should include, but not be limited to, medical diagnosis, prescribed medications, required medical procedures, seizures, or other medically related problems, nutritional requirements, and/or dietary restrictions.

- District staff may also request the parent to sign consent for a release for communication with student providers in order to understand the effects of the medication in relation to the educational environment or collaboration regarding staff observations of medication impact in the school setting.



## Georgia Network for Educational and Therapeutic Support (GNETS)
## GA Rule (160-4-7-.15)

The Georgia Network for Educational and Therapeutic Support (GNETS) is comprised of 24 programs which support the local school systems' continuum of services for students with disabilities, ages 5-21. The programs provide comprehensive educational and therapeutic support services to students who might otherwise require residential or other more restrictive placements due to the severity of one or more of the characteristics of the disability category of emotional and behavioral disorders (EBD).

How a student is initially referred to H.A.V.E.N.?

- If a student with special education services is evidencing significant behavioral concerns in a classroom, the Support and Services Administrator and Behavior or Autism Specialist should review the student's IEP, FBA, and BIP and associated data to ensure that the child's educational team has consistently implemented the BIP and positive support plan for a sufficient period of time. The special education collaborative cadre should review student records to ensure that the school staff has utilized proper resources to include Collaborative Support Panel. If so, the Support and Services Administrator contacts the Secretary at Sky View to request a referral packet.

- The student's case manager completes the packet. The Support and Services Administrator reviews and signs to indicate completeness. The Support Services Administrator forwards the completed packet to the Secretary at Sky View. The packet should include current behavior over time, a FBA dated within 12 months of the referral with most recent BIP, and a Psychological Report dated within the past 2 years.

- The Support and Services Administrator should make contact with the parent to indicate that the IEP team will discuss placement and the H.A.V.E.N. program will be one of the placement options at the child's next IEP meeting. The Specialized Services Administrator should follow-up this contact by sending documentation regarding the H.A.V.E.N. program, including appropriate contact information.

- The referral packet is forwarded to the Secretary Sky View. The H.A.V.E. N. representative (administrator, lead teacher, or social worker) will attempt to schedule an intake meeting with the parents to gather additional information and to arrange a program visit. The purpose of this visit is to obtain a social history and answer any questions the family may have regarding services H.A.V.E.N. offers.

- The Support and Services Administrator and H.A.V.E.N. Supervisor should coordinate the scheduling of an IEP meeting. At the IEP meeting, the team will review all information gathered through the referral process. As with any other placement discussion, the team should consider if the student requires the intensity, structure and support of the program in

order to receive FAPE. In order for the HAVEN placement and services to be sufficiently explained, a H.A.V.E.N. representative must be at the IEP meeting to discuss the program as a placement option. Therefore, no student will be placed in the program without a H.A.V.E.N. representative at the meeting.

- Prior to the beginning of services at H.A.V.E.N. Academy the following must occur:
    - H.A.V.E.N. registration forms must be complete and on file
    - Transportation (if required) must be arranged by the home school

**GNETS Continuum**
- Services can be provided on the LRE continuum based on the IEP team determinations
    - Local School
        - Satellite Classes
        - In Center- Skyview

**LEA Duties and Responsibilities**
- The student's home school is responsible for IEP process.
    - SSA's or other designated staff will serve as the LEA representative
    - IEPs will be held at the student's home school
    - SSA's or other designated staff from the home school should conduct visits at least once per semester for students served at Skyview in order to continue to build and maintain the connection/relationships with the student and home school



## INDIVIDUALIZED EDUCATION PROGRAM
### (34 C.F.R. §§ 300.320-300.328; GEORGIA RULE 160.4-7-.06)

The Individualized Education Program (IEP) serves as the framework for determining the meaning of the term "free appropriate public education" in the least restrictive environment, a term frequently referenced in the IDEA. IEPs must be developed and reviewed annually and must be in effect at the beginning of each school year. The IEP may be reviewed more than once a year if the parent or the district requests a review.



### Implementation of IEP's

IEP's should be in effect the first day of school each year.

Initial IEPs should be conducted within 30 days of eligibility determination.

Beginning of the school year:

- Teachers should receive student caseload and beginning of year packet from SSA. *For Student's coming into CCSD from Out of District, once enrolled, the SSA will assign student to a case manager.

- Teachers should read Student's IEP's, evaluations, and most recent eligibility report. All service providers should have access to student's IEP. Note- General education teachers have access to IEP documentation either by the case manager or through TVUE on Synergy.

- Review IEP program summary to ensure schedule matches IEP services

- Determine IEP annual due dates for your caseload.

All school year:

- Communicate pertinent information from IEP to teachers and service providers through-out school year including accommodations/modifications and if appropriate behavior intervention plan (BIP).

- Monitor and collect data on IEP goals and objectives.

- Complete IEP progress reports.

- Follow-up with IEP commitments.

- Provide supports and services outlined in IEP.

- Facilitate the IEP meeting.

## Guidance regarding Annual IEP meetings

- IEPs must be reviewed **at least** once a year

- When IEPs should occur

  - If annual IEP is prior to September 15th an additional annual IEP meeting is required prior to the end of the school year.

  - Annual IEP's should be completed by their due date and no later than the end of the school year.

The IEP Meeting Preparation Checklist should be used to assist all team members in being prepared for an IEP meeting. The checklist can be accessed by clicking here.

## Guidance for drafting IEP

- Review collected data for completeness and accuracy.
- Update IEP progress report with current percentages and notes.
- Collect present levels from all teachers and service providers. * If appropriate, provide summary of data and supports used: Positive Support Plan (PSP), Functional Behavior Assessment (FBA) and Behavior Intervention (BIP).
- Complete the Required Data to Support IEP Decisions tool which will assist with drafting the IEP.
- Add new objectives and if appropriate revise current objectives.
- Send IEP draft home one week prior to the meeting.

## Notice of IEP Meeting and IEP Scheduling

The IEP meeting should be scheduled for a time, date, and location that is mutually agreeable to the parent and the district. The parent must be notified of the proposed date, time, and location of an IEP meeting to give him or her sufficient time to make arrangements to attend or to contact the school to reschedule the meeting or the parent may request to reschedule the IEP meeting or to participate by telephone or videoconference if attending in person is not possible.

- This notice should include the purpose of the meeting (including transition, if appropriate); the proposed date, time, and location of the meeting; as well as (when possible) the names and positions of the people that the district will invite or has invited to attend.

- IEP Scheduling- It is our practice in Cobb to make a minimum of THREE documented attempts to contact the parent by at least two documented methods. In Cobb we attempt a minimum of THREE IEP meeting dates to allow ample opportunity for parent participation. If a parent does not respond by phone or email, the case manager should send home three dates for an IEP meeting. If the parent cancels or does not respond to the first two meeting dates, the third meeting date should be noticed for ten (10) days in advance and notify the parent if they do not respond the district will hold on the meeting on that date and time listed. If parents are unable to attend in person, offer the opportunity for remote parent participation.

- CCSD utilizes the Notice of IEP Meeting document in Synergy SE to provide parents with written notification of IEP meeting date and time that provides the following:
    - Provides parents opportunity to invite any other individuals who may have knowledge or special expertise regarding the student, including advocates or

attorneys and communicate
- Informs Parent on who the District intends to invite to the meeting; however, there is no requirement for the parent(s) to notify CCSD staff in advance, if he or she intends to be accompanied by an individual with knowledge or special expertise regarding the student, including an attorney.
- SSAs should contact Assistant Director Special Education Compliance before scheduling meetings with families that have retained advocates and attorneys so that a District office representative is available to attend.
  - Utilize the **FAQ Regarding Who To Contact For Compliance Guidance** when you have questions to ensure you contact the correct person and for streamlining communication.

## CCSD Guidance on Student Enrolling from Outside the District

1. **What do I do when a student with disabilities moves to the CCSD from another state with complete records?**

   Georgia rules do not define interim IEPs and they are not required. When a student transfers into the Cobb County School District from another state, special education services should be provided immediately comparable to the student's IEP. The receiving school may accept the previous eligibility and IEP as is until it expires or develop a new IEP. CCSD's procedures indicate an IEP meeting must be held within 10 school days of the student enrollment to accept the existing IEP or develop a new IEP.

2. **What do I do when a student with disabilities moves to the CCSD from another state with an IEP or partial records, including an eligibility that the state of Georgia does not recognize or without an eligibility report?**

   Special education services should be provided **immediately** comparable to the student's IEP or based on verification of services from the previous school district (documented phone verification is acceptable). As part of CCSD's practice an IEP meeting must be held within 10 school days of the student's enrollment to discuss the need for evaluation and to develop an IEP. This IEP, including current functioning, goals and objectives and placement based on available information from the previous district. Evaluation and determination of Georgia eligibility must be completed without undue delay.

3. **What do I do when a student with disabilities moves to the CCSD from another state with eligibility and an IEP, but no supporting evidence such as a psychological report?**

The IEP team may accept the eligibility report and the IEP without the supporting documentation. Should the IEP team feel they need additional information to confirm eligibility or if they believe eligibility is in question, the IEP team may recommend additional evaluations.

4. **What do I do when a student with disabilities moves to the CCSD from another Georgia school district with complete records?**
Georgia rules do not define interim IEPs and they are not required. When a student transfers into the Cobb County School District from another Georgia school district, special education services should be provided immediately comparable to the student's IEP. The receiving school may accept the previous eligibility and IEP as is until it expires or develop a new IEP. An IEP meeting must be held within 10 school days from student's enrollment date to accept the existing IEP or develop a new IEP.

5. **What do I do when a student with disabilities moves to the CCSD from another Georgia district with an IEP or partial records, and without an eligibility report?**

Special education services should be provided **immediately** comparable to the student's IEP or based on verification of services from the previous school district (documented phone verification is acceptable). A meeting must be held within 10 school days from student's enrollment date to discuss the need for evaluation and to develop an IEP. This IEP, including current functioning, goals and objectives and placement based on available information from the previous district. Evaluation and determination of eligibility must be completed without undue delay. When evaluation is complete and an eligibility meeting is held.

6. **When a student transfers into the CCSD from another state, is the determination of eligibility up to the individual who is reviewing the records or is it an IEP team decision?** Eligibility is always a team decision. However, if the student was determined eligible in another state, the team decision was already made and the receiving school can accept the eligibility decision.

7. **When a student moves into the CCSD and parent reports that their child received special education services in the previous district, is the receiving district obligated to provide services based solely on the statement of the parent when no records have been received?**

Attempts should be made to verify the special education services the student may have received from the previous school district before initiating services.

## CCSD Guidance On Process for Students Entering from Out of District

- Convene an Out of District Review meeting

    - Purpose: Out of district review

    - Timeframe: CCSD Guidance is within 10 days

- If convened prior to September 15th, additional meeting required prior to the end of the school year

- If IEP convenes after September 15th, an additional meeting is not required that school year.

District Technology support staff (TTSS) provide SSA's with a list of reports each month. One report is to assist with child find from students entering the District from another Ga District with special education services.

## Process for "No Report"

***SSA's initiate the process within 10 days of receiving "no report" information from your TTSS.***

**Obtain information from Registrar**
1. Check Student's enrollment in OnTrack
2. Review Student's enrollment form to see if Special Education services were indicated
3. Review previous school records, if received, to see if Special Education services are noted

**Call previous school**
1. Speak with Special Education department or someone related to Special Education records
    a. Ask if special education services were provided
    b. Ask for records related to Special Education (IEP, BIP, etc)
    c. After records are received, send to your Records Clerk

**Assign a case manager if Student received**
**Special Education services Contact Parent**
1. Records received indicate special education services in the previous school
2. Schedule an Out of District IEP meeting

**Notify Registrar**

Update Student's schedule to reflect services, if necessary

## Changes to the IEP/IEP Amendments

After the annual IEP meeting, the IEP may need to be changed. This can be done either by reconvening the IEP team to amend it or by mutual agreement between the parent and district to make changes to the written document without a meeting. The parent always retains the right to request a meeting for any and all changes or amendments to the IEP. Regardless of the method of changing the IEP, the parent must be provided with both a copy of the changes and an explanation of those changes in a timely manner.

- The following guidelines should be followed when making an amendment to the annual IEP.

    - At any time following the annual IEP review, the parent and/or the local educational agency (LEA) may request to amend the annual IEP.

    - An amendment to the annual IEP may occur outside of an IEP Team meeting if both the parent and the LEA agree to amend the annual IEP outside of an IEP Team meeting.

    - If the parent and the LEA agree to amend the annual IEP outside of an IEP Team meeting, the case manager or designated representative must:
        - Notify all IEP Team members of the agreed upon changes.

- If the parent or LEA does not agree to amend the annual IEP outside of an IEP Team meeting, the case manager or designated representative must document this agreement

    Things to Remember:
    - When conducting an amendment, the current IEP date should be changed to reflect the date of the agreed upon changes. The annual review date will remain the same.
    - When the annual IEP is amended outside of a meeting, do not send home a Parent Notification Form (IEP Meeting Notification Form) as an IEP team meeting will not be convened.
    - When the annual IEP is amended outside of a meeting, do not obtain signatures as an IEP team meeting will not be convened.

## Guidance on Revocation Process

- Parent or adult student provides in writing their intent to revoke consent

for special education services.

- An IEP meeting is convened to discuss student's current services and determine the offer of FAPE for continued services. The LEA should explain the impact of revoking consent for special education services.

- If the parent or adult student informs the IEP team they are revoking consent for special education placement, the revocation should be documented in the IEP.

- Ensure the IEP clearly documents the offer of services, the impact of revoking consent for special education, and the decision to revoke services.

- Finalize the IEP and provide the parent or adult student with the IEP. This finalized IEP will provide prior written notice of the District's offer of FAPE. Student's services will cease on the following day.

## Guidance regarding Parent Request to Amend the IEP Record

If the parent requests changes or information in the IEP that the team deems appropriate, conduct an IEP amendment and note the changes to the IEP record. If the parent requests changes or information included in the IEP that is not what the IEP team deems appropriate the parent may use the following form to request a document be attached to the IEP. You would add the following information and the parent's requested information under minutes and attach the parent's document.

District Response to Parent Request to amend the IEP record

Student Name:                                              Date:

Date of Birth:

Student ID:

Dear Parent/Guardian:

The Cobb County School District has received your request to attach, to your child's most recent IEP, the document that you have prepared. Though the District neither agrees nor disagrees as to the appropriateness or accuracy of the statements contained in your document, as is its usual practice, it will be attached to your child's IEP. If you believe that another IEP meeting is necessary in order to address the concerns outlined in your document, please, contact SSA.

## CCSD Guidance on Finalizing the IEP document

The IEP document should be finalized and provided to the parent at the end of the IEP meeting whenever possible. If the IEP document is not ready to be finalized at the end of the meeting, the IEP document should be finalized within 24 hours of the IEP and provided to

the Parent to ensure we are providing the parent with the District's offer of FAPE prior to the IEP being implemented.

IEP Team Members

At a **minimum** the IEP team must include
- Parent
- At least one of the **Student's general education teacher(s)**
  - For Preschool, HAVEN or Transition Program- If the Student does not have a General education teacher, then a general education who could possibly be the student's teacher in the future
- At least **one of Student's special education teacher(s)**
- **LEA representative** who meets the following requirements:
  - is qualified to provide or supervise the provision of specially designed instruction to meet the unique needs of the child;
  - is knowledgeable of the general education curriculum; and
  - is knowledgeable about the availability of resources in the LEA; and
- **Evaluator** someone who can interpret evaluation results related to classroom instruction and settings (this person may be one of the persons already listed above with the exception of the parent).
- **Related Services** Personnel if appropriate

**Other members required under certain circumstances**:
- o  other individuals who have knowledge of the child or special expertise, such as related services personnel (based on the discretion of the parent or district) including an advocate or attorney;
- o  the child with a disability, when the transition services plan is being discussed or earlier when appropriate; or
- o  a representative of any agency that is likely to provide or pay for any transition services, if appropriate and with consent of the parent or student (if he or she has reached the age of 18).

If a team member requests someone in another role be invited, the LEA should assess the reason for this additional person before adding to the invitation.

Possible persons who may need to be included because of information they can provide:

- Psychologist
- Diagnostician
- Program Specialist
- Building Administrator
- Counselor
- Social Worker
- ESOL Teacher
  Interpreter

**It is the practice of CCSD to require necessary and meaningful involvement in IEP meetings. However, it is not appropriate to invite more individuals to attend than necessary.**

## Hierarchy of Support

It is best practice to address parental concerns at the local school level.
Adhere to the following hierarchy, should the issue escalate further:

1. Parent expresses a concern to Local School Administrator (SSA)
2. SSA encourages parent to meet with teacher or schedules a collaborative meeting with Parent, Teacher and SSA. Feedback given to Principal.
3. Principal communicates with parent and other personnel as needed.
4. If Principal has questions or cannot resolve the issue, he/she or their designee should contact the Special Education Office at 770-426

In the event that a parent requires a translator or interpreter, it is the responsibility of the district to ensure that an appropriate adult is available to serve in that capacity. If you require the services of an interpreter for these purposes, please contact the International Welcome Center:
http://www.cobbk12.org/centraloffice/alternativeeducation/IWC/

## Guidance for Excusal from the Meeting

- Reminder, excusing a required IEP team member role should be the exception; however, incases that excusing an IEP team member is required, please see below for guidance:

    1. **What members of an IEP team require excusal?**
       For purposes of excusal, "**required role**" is defined as:

- Local Education Representative
- Special Educator as defined
- General Educator as defined
- Evaluator as defined by IDEA
- A Speech and Language Provider if student receives those services or is being considered for those services
- A Related Service Provider such as PT, OT, Nursing, Orientation and Mobility, Adaptive PE, Audiology or AT if the student receives those services

2. **What is meant by "the excusal is for the role and not the person?"**
   Each required member of the IEP team (as noted in question #1) fills a designated role at the meeting. An excusal is required if *that role* is not filled. If another person fills the role in the meeting, then an excusal is not required.

   *Example: Suzy Que is the Occupational Therapist. She is not able to attend the IEP meeting, but Sammy Smith, who is an OT, is available to fill the role at the meeting. The role is filled, and an excusal is not needed.*

3. **When may a required member of the IEP team be excused from an IEP meeting?**
   - When a **required role** <u>cannot be filled</u> for an IEP meeting, the parent and the system may agree to excuse the required role for all or part of the meeting if the parent consents, in writing, to the excusal of the required role.
   - When the required IEP team member's (as noted in question #1) area of curriculum or related services **IS** being discussed or changed at the meeting, the parent and the system may excuse the team member from all or part of the meeting if the parent consents, in writing to the excusal **AND** that person submits pertinent written input to the team **PRIOR** to the meeting.
   - When a required IEP team member's (as noted in question #1) area of curriculum or related services **is NOT** being changed or discussed at the IEP meeting and they have been invited to the IEP meeting, the parent and the district may agree to excuse the IEP team member from all or part of a meeting if the parent consents, in writing, to this excusal.

4. **What is the process for using an excusal form when you are aware prior to the scheduled meeting date of the required IEP team member's absence?**

When the Local Education Agency becomes aware, **prior to the scheduled meeting date**, that a required IEP team member (as noted in question #1) will not be able to attend the scheduled meeting and that role cannot be filled, the LEA should

- Notify the parent that a required team role will not be in attendance
- Provide the parent with the *Parent Consent for Excusal from an IEP Meeting* form to obtain written agreement from the parent to excuse that required role from the meeting.
- Obtain written input from the required service provider prior to the meeting

5. **What is the process for excusal at the beginning of or during the scheduled meeting because it is not known prior to the meeting?**

If a required IEP role must be excused at the beginning of or during the scheduled meeting and that role cannot be filled, the LEA should

- Notify the parent that a required role will not be in attendance or will need to leave during the meeting
- Provide the parent with the *Parent Consent for Excusal from an IEP Meeting* form to obtain written agreement from the parent to excuse that required role from the meeting

6. **What happens if the parent does not agree to the excusal of the required IEP role?** If the parent does not agree to the excusal of a required role, the role must be represented or the IEP meeting must be rescheduled.

7. **In addition to an Excusal form, how should a parent's excusal be documented in the IEP?**

At the IEP meeting, the following procedures should be followed to document the parent's excusal of a required role:

- In the minutes section, document that a required role is not present and that the parent has agreed in writing to excuse the role.
- In the Participants section, indicate in the status

dropdown box that an excusal form has been signed (See excusal form). Do not remove the participant from the list.

- Place a copy of the excusal form in the student file (if files are kept at the local school), and upload to the IEP or send a copy of the form into the Records Room with the signature pages.

8. **Is an excusal form required for a parent?**
While the parent is a required role under IDEA, an excusal form is not required if they choose not to attend. It is important to remember that the District must make and document reasonable efforts to ensure the parent's involvement.

9. **Is an excusal form required for an ESOL teacher who cannot attend an IEP meeting?** While an ESOL teacher is required to participate in IEP meetings as indicated in Title IV of the Office of Civil Rights Act and Title III of No Child Left Behind, neither IDEA nor our state board rules list ESOL as a required role for excusal purposes. An excusal form is not required for an ESOL teacher unless they are filling the role of the general educator in an IEP meeting. If the ESOL teacher is filling the role of the general educator and that role cannot be filled, then an excusal is required.

10. **Is an excusal form required for a psychologist or diagnostician at an initial eligibility/IEP?**
While it is best practice for a psychologist or diagnostician involved in the eligibility of a student to participate in the initial eligibility / IEP process, for excusal purposes, an excusal form is not required unless the psychologist or diagnostician is fulfilling the role of an evaluator at the meeting. If they are filling the role of an evaluator and that role cannot be filled, then an excusal is required.

11. **Who is required to sign an excusal form?**
The District requires the parent to sign an excusal because it is the parent's right under IDEA to agree to the excusal of required IEP members. District personnel are not required to sign the form.

The excusal form is ISPE0106 located in the forms bank and on the S: Drive. An excusal form can also be generated in OnTrack.

## Present Levels/Current Functioning

- The present levels/current functioning section establishes the starting point or baseline that is used to develop the entire IEP. This area should describe **specific** needs that impact achievement and must be addressed through the IEP goals and/or objectives or through accommodations. It should be directly linked to the development of the rest of the IEP and should include the following:

- The results of the initial or most recent evaluation of the child: This should include a summary of the relevant information from the child's evaluation (not just a listing of scores). This section does not have to include only formal evaluation measures performed on a child. It can include additional formative and summative assessments used for instructional purposes.

- The results of district or statewide assessments: This information must include test scores and must indicate whether the child did not meet, met, or exceeded standards. This should also provide a frame of reference for how the child is performing in comparison to same age peers. In addition, IEPs should include the strengths and weaknesses as indicated by the domains of the subtests.

- A description of academic, social/emotional/behavior, communication/language and/or functional/daily living strengths and needs which may include:
    - Academics such as reading, language arts, math, etc.;
    - developmental areas such as communication, motor, cognitive, social/emotional, etc.;
    - functional areas such as self-care, social skills, daily living, communication, social/
    - emotional, etc.

- Impact of the disability on involvement and progress in the general education curriculum: This section should describe individual characteristics of the child's disability that affect his or her classroom performance. Examples of specific characteristics for a specific learning disability may include short term memory problems, poor organizational skills, and auditory processing problems, etc. This section must indicate how classroom

instruction is impacted by the specific characteristics or deficits of the disability.

- Parental input/concerns regarding the child's education and should include the District's response. If the parent does not attend the meeting or does not provide input at the time of the meeting, please contact the parent prior to the meeting and document if there is no input/concerns at the time.

### Transition Plan

The purpose of a Transition Service Plan is to assist students in building the skills and supports they need to reach their post-school goals. Transition requires support from multiple sources so the student and his or her family can make choices, develop connections, and access services. A transition plan is required beginning not later than the IEP to be in effect when the student begins ninth grade or turns 14, or younger if determined appropriate by the IEP team, and updated annually thereafter.

**Guidance on Graduation Discussion Summary:** This section should include a statement on the student's progress toward the completion of graduation requirements.
  - Ex. Kristin has earned 4 of 23 required credits toward graduation. She is completing a course of study that includes participation in GAA in middle school and high school. If she participates in GAA in 11th grade, she is on track to earn a General Education Diploma once she has reached her 22n birthday OR has transitioned to an employment/education/training setting in which the supports needed are provided by an entity other than the local school system.
  - Ex. Kristin has earned 4 required credits toward graduation. She is completing a course of study that includes completion of 23 required credits and participation in Milestones testing. She is on track to earn a General Education Diploma. She is projected to graduate in May 2021.
  - **Courses of study:** A course of study should focus on instructional and educational classes and experiences that will assist the student in preparing for transition from secondary education to postsecondary life. This should relate directly to

the student's postsecondary outcome goals and should show how a planned course of study is linked to these goals. The course of study should be meaningful to the student's future and should motivate the student to reach successful post-school outcomes.

For more information on graduation requirements for students who participate in GAA, link to Diploma Flow Chart

**Guidance on Student Informed Section of Transition Plan:**
- o  Student Informed of Rights: Activate the dropdown menu and choose the correct response.
- o  Date Informed: Update the date every time you inform parent/students about rights.
- o  Student Input: Activate the dropdown menu and choose the correct response.

**Guidance on Inviting Students to Attend IEP Meetings:** At any meeting where transition is to be discussed, the name of the parent(s) and the student should be included on the IEP meeting invitation. If a student is 18 years or older, and the parent does not have guardianship, he or she **MUST** be present, unless, the case manager feels the student can give informed consent to allow parents to represent the student at the IEP meeting. If the student is 18 years old and not present, the case manager should note why in the Transition Discussion section of the Transition Plan

**Guidance on Transition Interview Section of Transition Plan:** The student's interview should be updated every year and include the date.
- o  For students with significant disabilities, complete the two-part parent interview.
- o  The interview should be a discussion. Ask questions and probe for more information on one-word responses.

**Guidance on Transition Assessment Section of the Transition Plan**: Any new or updated assessment information related to transition should be added to this box. There is a dropdown box which includes the names of many of the assessments that can be included. Any information added here should include the name and date of the assessment.
- o  Please consult a Transition Resource Specialist if you are not sure what information should be included or if you feel additional assessment may be needed.

o   Do not delete anything from this box.

**Guidance on Student Preferences Section of the Transition Plan:** Please indicate which sources you are using for the information. Information for student preferences can come from: current functioning, student interview, teacher observation, parent information, and/or transition assessment. This box should contain the following information:

o   Preferences: Indicate activities that the student prefers. You can mention what the student does during his/her free time, especially as it relates to the student's goals.
o   Strengths: Indicate what the student is good at doing, especially as it relates to the student's goals.
o   Interests: List the student's career and personal interests, especially as they relate to the student's goals.
o   Pathway/Type of Classes--This can include information about the CTAE classes the student has taken and/or the focus of instruction (ex. functional skills, life skills, social skills) for the student and how those classes will help the student achieve his/her goals.

**Guidance on Transition Discussion Section of the Transition Plan:**
Record discussion during the meeting. This can be discussion with parents, student, and/or others present. Discussion might include response to parent concerns, discussion of requested information, and/or development of post-secondary and annual goals and objectives that will help a student reach his/her goals.

**Guidance on Post-Secondary Desired Measurable Goals Section of the Transition Plan:**
Desired measurable postsecondary outcome/completion goals should be measurable and related to what the student wants to achieve *after* graduation. They should be "major life accomplishments" or "completion goals." Goals should be written in the areas of Education/Training, Employment/Vocational, and Independent Living (if appropriate).
o   Goals should be clear and understandable, positively stated, and based on academic achievement and functional performance. They must be based on age-appropriate assessments and must be practical and relevant to transition needs. Outcome/completion goals can change and become more refined as the

student has more experience and gets closer to graduation.

**Guidance on Measurable Post-Secondary Outcome/Completion Transition IEP Goals:** This section should include measurable transition IEP goals that directly relate to the how, when, where, and what answers that are needed to complete *each* postsecondary outcome/completion goal. These goals should be relevant to "how to get to" the desired postsecondary outcomes. They must be meaningful. This section is divided into the following areas:

- education/training
- development of employment
- community-participation
- adult living skills and post-school options, related services, and daily living skills (as appropriate).

At least one measurable transition IEP goal must be determined for education/training and development of employment. Measurable transition goals for independent living should be addressed if appropriate.

- Each goal must be measurable, age appropriate, attainable in one year, and aligned with the post-secondary goal and transition assessments.
- Be careful with words like research and investigate as they are subjective.
- Avoid writing goals for activities students are expectations. (i.e. passing classes).
- **Transition Activities and Services** should address the activities/services that are needed to attain the measurable goals.
- Have at least two activities/services per transition goal.
- Write as steps (or task analysis) to lead to attainment of the goal.
- Progress will monitored on these activities.

**Guidance on Reporting Progress on Annual Goals and Activities/Services:** Because transition should be a driving factor in the IEP of a student of transition age, progress on transition goals should be reported at the same time as progress on academic goals. Progress on transition should include the date and a narrative description of what has been done to accomplish the transition activities in the transition plan.

**Persons and Agency Involved**

o Include those who will help the student achieve each of the goals stated. Documentation from the Notice of Meeting that these persons were invited to the Transition IEP meeting and that the parent and student (if over 18) were notified of their possible attendance must be kept. (If the necessary, participating agency does not attend on the participant sign in. Additionally, document other actions for agency linkages.)

- **Summary of Performance (SOP)** should be completed for any student who is leaving CCSD due to graduation with a regular diploma or exceeding the age requirements. For a student whose eligibility terminates due to graduation with a regular diploma or due to aging out at 22, the District must provide the student with a summary of his or her academic achievements and functional performance, including recommendations on how to assist the student in meeting the student's postsecondary goals.

## Guidance on Goals

- Annual Goals IEP are annual goals are written to address an individual student's needs/deficits in order to enable that child to be involved in and make progress in grade level standards.
- All children are expected to be working toward grade level standards, so we should not list those standards in the IEP.
- Annual goals should address the needs described in the present levels of performance/current functioning that will enable the child to progress in the grade level standards-based curriculum and meet the child's other educational needs that result from the identified disability.
- Short-term objectives are not required for all children. Only those children who participate in the Georgia Alternate Assessment (GAA) are required to have either benchmarks or short-term objectives. However, nothing prohibits the IEP team from recommending short-term objectives for all children even though they may not be required, this is an IEP Team decision.
- SMART Goals and Objectives

  o **Specific:** Goals/objectives should address the five Ws... who, what, when, where, and why.
  o **Measurable:** Goals/objectives should include numeric or descriptive measures that define quantity and/or quality. How will

the IEP team know the Goals/objectives have been successfully met? Focus on elements such as observable actions, quantity, quality, cycle time, efficiency, and/or flexibility to measure outcomes, not activities.

- o **Achievable:** Goals/objectives should be within the IEP team's control and influence; Goals/objectives may be a "stretch" but still feasible. Are the goals/objectives achievable with or without resources? What resources will be needed to achieve the goals/objectives (these resources will be addressed under support aids and services)? Are the goals/ objectives achievable within the anticipated timeframe? (Goals/objectives should be written to be achieved within one year or less). Consider authority or control, influence, resources, and environmental support to meet the goals/objectives.

- o **Relevant:** Goals/objectives should be data driven. Goals/objectives are instrumental to student progress/achievement and tied to the student's current functioning.

- o **Time-bound:** Goals/objectives should identify a definite target date for completion and/or frequencies for specific action steps that are important for achieving the goals/objectives.

## Guidance on Periodic Report of Progress on Annual Goals and Objectives

- IEP's should include the timing of periodic progress. CCSD reports progress on IEP goals and objectives and provides reports to parents at the end of each grading period with report cards.

## Guidance on Extended School Year (ESY)

Make sure that you fully understand the criteria involved in ESY.  Case Manager should review and discuss data with their Support Services Administrator prior to the IEP. ESY decisions should be data driven decisions to determine the need for ESY in order for a student to receive a free appropriate public education (FAPE). The IEP team should review the present levels/current functioning and the progress reported on current goals/objectives in order to determine if ESY services are required. ESY MUST be discussed at the annually. The discussion must include a review of existing data. ESY may be revisited if needed . If the need for ESY is determined, the IEP team must identify which goals in the current IEP are being extended or modified. ESY is not the same thing as summer school; however, ESY services may be provided during the summer months.

**ESY considers the following factors:**

The IEP team shall consider each child's need for extended school year services annually. The individual needs of the child shall be considered and may include such factors as:

- the severity of the disability;
- the age of the child;
- any transitional needs;
- the rate of progress or regression that may limit the child's ability to achieve IEP goals/objectives;
- the relative importance of IEP goals at issue;
- whether the child is at a critical point of instruction, such as emerging skills; and
- whether any delays or interruptions in services occurred during the schoolyear.
- Does the student demonstrate a pattern of substantial regression caused by interruption in educational programming and an inability to recoup the previously learned skills within a reasonable amount of time?
- Will a break in instructional programming result in the loss of significant progress made toward the acquisition of a critical skill?
- Are ESY services required for a student to progress educationally over time and to benefit from the IEP?

**ESY Framework**

The District has an ESY Framework although the determination regarding ESY services are individualized and some students may require different services including more or less services within the framework

- ESY during the summer typically includes the following
  - 4 weeks with 4 days a week
  - 3-3 ½ hour a day
  - 3 school locations across the district
- SSAs should work with their designated Assistant Directors as needed on individualized situations

## Special Considerations

- Consideration of special factors must be discussed and documented in the IEP. If needs are determined in any of these areas, the IEP must include a description of the supports and/or services that will be provided to the child.

  - The factors to consider are:
    - Behavior
    - Limited English proficiency

- Visual impairments
- Communication needs
- Assistive technology
- Alternative format instructional materials.

**Guidance on Special Considerations: Assistive Technology (AT)**

- Information pertaining to the Assistive Technology Team for Cobb County School District can be found on CTLS Teach Assistive Technology Community, and can assist the local school teams by providing the following services:
  - Support
  - Evaluations
  - Trial equipment
  - Assistance in acquisition of equipment
  - Training

- The IEP committee needs to determine if the student **requires** assistive technology in order to implement the IEP.

- The team should identify any instructional or access **areas that are relevant to the student,** and then identify required tasks within those areas.

  - If the IEP team can determine the student's assistive technology requirements and meet that need using equipment or programs available at their school, then the team can proceed through the other steps by indicating what assistive technology the student requires.
  - If the IEP team determines that additional input is needed, or access to equipment is not available in their school, then the team should make a referral to the AT/Instructional Program Specialist.  A referral form for an assistive technology support can be found on the SSA share drive in the Assistive Technology Forms folder (S:/SPECIALSTUDENTSERVICES/SSA-FORMS/ASSISTIVETECHNOLOGY
  - If the IEP team is indicating the need for more information to assist determination for need of related service of AT
    - Evaluation- Gain parental consent, Consent to Evaluate form 2102, and the team would check the referral for testing in the area of related services.

**Guidance on Special Considerations: Behavior**

- If Student has behavior which impedes the learning of the student or of others, the IEP team should determine how to address the behaviors.
    - Goals and Objectives

    - Positive Support Plan (PSP)
        - Convene an IEP to review and revise as needed based on the data collection process.

    - Functional Behavior Assessment (FBA)
        - If the IEP team determines an FBA should be conducted. The parent should be provided the consent for evaluation form (2102) in order to gain parental consent before proceeding.
        - Convene an IEP to review and revise as needed based on the data collection process.
        - If an MDR team determines a discipline incident is related to the student's disability and the student has not had an FBA conducted, the MDR/IEP team is required to request parent consent to conduct an FBA. If the student has had an FBA conducted, the MDR/IEP team should consider if an updated FBA is needed.
    - Behavior Intervention Plan (BIP)
        - Convene an IEP to review and revise as needed based on the data collection process.
        - If an MDR team determines a discipline incident is related to the student's disability and the student has had an FBA conducted, the MDR/IEP team is required to review and revise as appropriate the BIP.

- For more information, please refer to the Phases of Behavior Support and FBA process in CTLS.

### Supplemental Aids/Testing

Supportive Aids and Services consist of accommodations for instruction and testing, supplemental aids and services, and/or supports for district personnel. These are considered to assist students in advancing toward attaining annual goals, in being involved and making progress in the general curriculum, and/or in being educated and participating with other nondisabled students.

- **Instructional accommodations** may include how instruction is provided, how the child is expected to respond instructionally, how the child participates in classroom activities, and the kinds of instructional materials used. Accommodations are still expected to meet the same grade level standards as their peers without disabilities. For example, a student might listen to portions of a text on tape rather than reading it, answer questions orally or use

a computer keyboard instead of writing with a pencil, use large print text books, watch video with captions, or participate in a discussion in a biology class with a sign language interpreter. Accommodations should provide access to or promote skill growth, and some accommodations may be used instructionally that **will not necessarily** be used for assessment. Appropriateness and efficacy of accommodations should be evaluated on an ongoing basis. Accommodations should not be confused with differentiated instruction.

- **Classroom testing accommodations** should be individualized, determined by subject area, and be as specific as possible. For example, if a student may require additional time to complete tests, it is recommended that the amount of time is specified such as, "50% more time." Other examples of testing accommodations are the use of a text reader or calculator, special seating, etc. Testing accommodations should only be recommended if they are also the student's instructional accommodations, and some instructional accommodations may not be appropriate for testing.

- **Supplemental aids and services** should include supports that are provided in general education classes or other education-related settings to enable students with disabilities to be educated with nondisabled students to the maximum extent appropriate. Examples include tutoring, adult assistance, note-taking, peer helper, pre-teaching/re- teaching or reinforcing concepts, behavior intervention plan, point sheet, assigned seating, etc. Some accommodations used for instruction may also be considered a supplemental aid and service.

- **Supports for district personnel** should be included when training or other supports are being provided to district staff regarding a specific student's need. Examples may include training on an assistive technology device, Positive Support Plan (PSP), Behavior Intervention Plan (BIP), content area or disability area, crisis prevention training, etc.

### Testing

Georgia requires all students to participate in grade level district and statewide assessment programs. For any grade where all students are assessed, students with disabilities must participate in the regular assessment, modified assessment, or the Georgia Alternate Assessment (GAA).

The Georgia Department of Education, Testing Division assessment

manual that addresses all aspects of testing, including accommodations for each standardized assessment.

The section of the IEP about district and statewide assessments should be as specific as possible and should only identify testing accommodations the student must have in order to participate in the assessment. The IEP team may not identify any accommodations that are not on the approved list. If a student must have an accommodation that is not on the list, the IEP team should work with the district testing coordinator who will contact the GaDOE Testing Division to discuss the ramifications of the potential accommodations. Each assessment should be listed by content areas so that accommodations can be individualized.

## Services/LRE/Placement

Special education is a service and **not a place**. After the IEP team has reviewed all required information and developed an IEP, it must make the decision as to where services need to be delivered in order to enable the student to receive a free appropriate public education in the least restrictive environment (LRE). Placement decisions should start with the expectation that services will be provided in the general education setting and should be made on a subject by subject basis. The placement decision should be fully supported by the present levels of academic achievement and functional performance and by the level of supports and accommodations/modifications the student requires to access the curriculum.

Paraprofessional assistance is required by some students in order for them to succeed in school. Frequently, IEP Teams are requested to consider the need for paraprofessional support. For the process when considering this support, refer to guidance document *Consideration of Additional Paraprofessional Support*, which is to be used when IEP teams are considering this support within an IEP meeting. SSA's should work with their designated Assistant Directors regarding this process.

- o Utilized for any student that the team is considering 1:1 paraprofessional support for a portion of their school day.
- o Team considers educational benefit is for the student.
- o Utilized annually as part of the Student's IEP review. If not, more frequent as determined by the team.

**Para Monitoring:** If the IEP team determines additional paraprofessional support, the following should be conducted and monitored

- o IEP Teams discuss setting a timeline and criteria for faded supports.

- o Typically, 1:1 paraprofessional is considered temporary support.

- o All team members should have input into the creation of a fading plan. _Techniques to Promote Independence and Fading Support_ are tools to assist.
- o Increasing Student Independence Plan is implemented when a student already has a para part of the IEP. Monitoring of the plan should occur within the semester.

## Guidance Regarding Placement

- The IEP team should carefully consider the goals for the student and determine the amount of service time required for the student to work towards those specific goals. For example, if a goal for reading addresses decoding skills, the student will not likely need bell to bell support for work on decoding. In most classes decoding skills are not addressed bell to bell. The team should use data to determine the level of support needed for each goal addressed in the IEP

- When considering placement for any type of small group, eligibility or medical diagnosis is not required as criteria before an IEP team can consider a specific small group. When considering a program small group, follow the PROCESS FOR PROGRAM CLASS CONSIDERATION guidance document, which can be located on the S drive by SSAs.

### Transportation

- If the provision of a bus monitor is being considered by an IEP team to address behavioral, medical and/or mobility/navigational concerns for a student, please refer to the bus monitor consideration too to support IEP teams in discussing the unique needs of the identified student.

### Minutes of IEP meeting

Although minutes are not required per IDEA, Parents are required to receive "prior written notice" of the IEP decisions and what the District intends to implement, CCSD does that through the IEP and minutes reflect the discussions and decisions of the IEP. The following should be documented in order to meet this requirement:

- o Attendees not included in the participant section and their role (if applicable).
    - o If participants leave, document if parents provided permission (include when participants left, and excusal of role if pertinent)

- o If annual or other meetings that Parental Rights were offered and or provided
- o When evaluations are recommended, clearly explain the purpose, and specify if the Parental Consent for Evaluation was provided.
- o Any efforts by the District to include the parents in the IEP process by asking parent for input, questions and/or concerns

- o Parent's input, concerns and any questions.
- o Staff responses to parent's input, concerns, or any questions.

- o Goals/objectives: Indicate any changes, additions, or deletions based on discussion.

- o Supplemental Aid/Testing:

  - o Accommodations and/or modifications required. If no longer required, document basis for decision.
  - o Ensure state testing accommodations match classroom testing- If IEPteam decides differently including no accommodations, document discussion and decision clearly

- o Review of continuum/Services LRE

  - o Clearly indicate level of support needed for each service and the rationale
    - If small group delivery model was required for any service

- o Document if the parent agrees or disagrees with the IEP placement. (If there is no consensus, document the LEA's offer of FAPE)

## Access/Opportunity to Examine Records

Districts must maintain the confidentiality of information in children's educational records. The district can assume that both parents of a child have authority to inspect and review the child's records unless the district is notified in writing that a parent's rights to see the records have been terminated by a court order.

Parents of a child with a disability must be allowed an opportunity to inspect and review all education records with respect to
- **Identification** Process to determine eligibility
- **Evaluation** Nature and scope of assessment procedures
- **Placement** Educational placement of the child
- **FAPE** Provision of a free appropriate public education

More information about FERPA can be found at:
http://www.ed.gov/policy/gen/guid/fpco/ferpa/index.html
*Records request form for CCSD can be found at:* http://www.cobbk12.org/centraloffice/adminrules/

Records request should be sent to Teaching and Learning Support and Specialized Services Records Room. Districts requesting records should contact 770-514-3874. Parents requesting records should contact 770- 426-3599.
**Additional guidance can be found in CTLS Special Education District Wide Community under Records Room**



## Service Delivery and Least Restrictive Environment (LRE)
## (34 C.F.R. § 300.1140330.117; GA Rule (160-4-7-.08)

One of the most significant requirements of the IDEA is that students with disabilities be educated in the least restrictive environment (LRE) to the maximum extent appropriate. Special Education and related services are designed to help meet the unique needs of children with disabilities in the LRE.

- Requirement reviewed annually that students with disabilities receive their education, to the maximum extent appropriate; with nondisabled peers and that those students with disabilities are not removed from the general education classroom unless, even with supplemental aids and services, education cannot be achieved satisfactorily. In CCSD it is our goal to provide students with disabilities access to the curriculum in the least restrictive environment that is appropriate. We prepare our students to be as independent as possible in the general education setting.

- When the IEP team has reviewed the student's progress (present levels of academic achievement and functional performance); decided on the goals and, in some cases, objectives for the next year; and developed a transition plan when needed; the team then considers the kinds of supports and services the student will need in order to meet the goals and the setting in which the services will be provided.

- The IEP team always begins by considering how the goals can be met in the general education classroom. The team should determine the education services, related services, supplementary aids and services, and assistive technology that are necessary for the student to stay in general education, continue to have access to the standards, and meet the goals in the IEP. Examples might include use of an assistive technology device, a behavior intervention plan, support from a paraprofessional or sign language interpreter, or changes in the physical environment such as use of positioning devices for a student with an orthopedic impairment. The IEP team determines the student's needs, services, supports, and/or accommodations that are required to make progress in general education settings.

- The IEP team can consider placing the student outside of general education settings only when the IEP team has evidence that even with the use of supplemental aids and services, education in general education settings will not be successful.

  o The IEP team should always consider the general education setting first and move to more restrictive settings only when the data indicates the student cannot successfully access the curriculum. The data collected should serve as in indicator for the type and level of support needed for the student to successfully access the curriculum.

If the IEP team determines the student requires specialized instruction and support, the IEP team determines what type of special ed service, frequency, duration and where would those services be provided

Types of Services to provide specialized instruction:
- Behavioral
- Daily Living
- Deaf/Hard of Hearing
- Interpreter
- Life Skills
- Math
- Orthopedically Impaired
- Reading
- Social Skills
- Speech and Language
- Study Skills
- Vision
- Vocational
- Written Expression

- Inside General Education Classroom
  - **Additional Support:** Student receives services to provide accommodations from personnel within the general education classroom. This support may be provided by the general education teacher, paraprofessional, or a special education teacher.

  - **Specialized instruction** is provided by a special education teacher to **address goals and objectives and access to the curriculum** which can be provided through the following service delivery models:
    - Consult: Student receives direct service from the special education teacher in the general education classroom, the amount of time determined by the IEP team.
    - Collaborative: Student receives direct service from the special education teacher in the general education for less than 100% of the segment.
    - Co-taught: Student receives direct service from the special education teacher in the general education for 100% of the segment.
- **Outside the General Education Classroom**
  - Small Group: Student receives intensive direct service outside the general education classroom from the special education teacher for the amount of time designated by the IEP team.
  - Home Based: Short term placement based on IEP determination that FAPE can only be provided in the home.
  - Hospital Home Bound- Based on medical condition and doctor's information, student can only be served at home and not able to receive services in the school environment
  - Separate Day Program: Intensive direct instruction and support during the school day necessary for FAPE. For example, private school or GNETS
  - Residential: Students may require intensive support throughout the day/evening in order to receive FAPE through a residential placement either private or public state school.

- The IEP team should carefully consider the goals for the student and determine the amount of service time required for the student to work towards those specific goals. For example, if a goal for reading addresses decoding skills, the student will not likely need bell to bell support for work on decoding. In most classes decoding skills are not addressed bell to bell. The team should use data to determine the level of support needed for each goal addressed in the IEP.

- When considering placement for any type of small group, eligibility or medical diagnosis is not required as criteria before an IEP team can consider a specific small group. When considering a program small group, follow the guidance for *Considering Program Classes*, which can be located on the S drive by SSAs.
    - To document HHB services, in services/LRE Document services they would receive if in school and HHB services
    - In Services/LRE- Document only the HHB services and remove other services LRE Decision Process

> Develop Present Levels of Performance

> Develop Student IEP Goals and Objectives, if appropriate

> Determine whether the goal or objective can be taught in the general education classroom

Accommodations and Modifications

Personnel Supports

Settings

> Determine the small group, alternative placement or community setting where those goals and objectives that cannot be taught in the general classroom can be taught.

> Determine additional settings or activities that will provide opportunities for interaction with nondisabled peers

- Special education services and supports for young children should be provided in the "least restrictive environment," which means that to the *maximum extent* appropriate, the young child should receive special education services in regular early childhood settings with other children of the same age who do not have special needs.

Young children with disabilities in Georgia may receive their special education services in a variety of environments. The child's IEP team will discuss the individual child's needs and determine the type of services, supports, and setting(s) that are appropriate to address those needs.

*Service Delivery Models for LRE for Preschool*
- General Education: Regular early childhood setting
    - Georgia Pre-K
    - Head Start or Early Head Start
    - Child care facilities
    - Private or church preschools
    - Mother's-day-out programs
    - Homes of child care providers
- Small Group: Special education early childhood setting
- Home
- Separate school (school for children with disabilities)
- Residential setting (e.g., state school for children with disabilities where they live on the premises, such as GA School for the Deaf)

- Service delivery models for young children ages 3-5 years are typically provided on either a full-time or part-time basis.
- Full-time is based on the typical amount of full day preschool and/or day care (6.5 hours).
- Part-time is based on the typical amount of half day preschool and/or day care (less than 4 hours).

## Role of Parents in the Eligibility Determination, IEP Development, and Placement/LRE Decision- Making Process

Parents should be involved in all the decision making for their child. This involvement includes
- giving written consent to allow Part C Babies Can't Wait or other programs or providers to share the child's records with the school district; voicing educational concerns, desires, and goals for the child;
- giving written consent for a comprehensive evaluation;
- actively participating in the eligibility meeting;
- actively participating in the development of the child's program (IEP) for special education services and/or related services; and
- giving written consent for initiation of services.

## Role of the Regular Early Childhood Provider or Teacher in Eligibility Determination, IEP Development, and Placement/LRE Decision-Making Process

The role of the general education teacher is to assist in determining appropriate positive behavioral interventions, supports, and strategies; and to make the determination of supplementary aids and services, program modifications, and support for school personnel.



If the child is, or may be, attending a school-based preschool program, the school will invite the preschool teacher. The teacher is required to attend the IEP meeting unless the parent provides written consent to excuse the teacher from the IEP meeting.

If the preschool age child is attending and/or receiving special education services in a community-based preschool program, daycare, or early childhood program (GA Pre-K or Head Start), the local school district will invite the school based Kindergarten teacher. The Parent can invite the private preschool teacher if they choose. The local school district sends the preschool teacher the preschool checklist to complete through the parent. The local school district should try several different ways to encourage the attendance of the teacher. The school can hold the IEP meeting without the community-based preschool teacher, but the local school district should be able to show that they invited the teacher and the teacher did not attend.

## Nonacademic and Extracurricular Activities

FAPE can also include nonacademic and extracurricular services. Supplementary aids and services may be necessary to provide students with disabilities the equal opportunity to participate in nonacademic and extracurricular activities.

- All students who have been identified as disabled under the IDEA are also disabled under Section 504 and cannot be discriminated against on the basis of their disability. Section 504 states that "No otherwise qualified individual with a disability shall, solely by reason of her or his disability, be excluded from the participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving Federal financial assistance." A student with a disability CANNOT be excluded from any school activity for which she/he is otherwise qualified. Section 504 provides an opportunity for students with disabilities to have equal access to programs which applies to before and after school activities such as extracurricular activities and afterschool programs. Students with disabilities are entitled to reasonable accommodations in order to access before and after school activities.

- Determination of the accommodations must be individualized. Consider the student's needs and determine whether the student is able to participate in the program given accommodations and services. The IEP team may need to consider supports under the supplemental aids/testing section of the IEP.

- For additional guidance or to request additional support and services for a student in your school, contact your SSA. SSAs may request additional guidance from their designated Assistant Director.





## Personnel, Facilities, and Caseloads
## GA Rule (160-4-7-.14)

### Maintenance of credentials for professional employees
- Human Resources Department maintains the credentials for all District staff
  - HR reviews teacher job roles and certifications in order to maintain proper credentials
  - HR provides supports to schools in order be in compliance with the requirements of the Every Student Succeeds Act (ESSA), 20-day notification letters must be disseminated to students' parents if Special Education Teachers do not hold special education certification that aligns with their current teaching assignment, as defined by the Georgia Professional Standards Commission.

### Classroom Size and Appropriateness
- The District through IE2 has a class size waiver for innovation regarding the needs of students, classes and schools
- The Special Education department monitors the numbers of students served in a classroom and the student service delivery model in order to assist with determining additional or different support for students
  - Student's eligibilities and individual needs are considered
- The Special Education department monitors the size of teacher caseload in order to assist with determining additional or different supports for local schools



## Private Schools
### *(GEORGIA RULE 160-4-7-.13)*

### Children with Disabilities Placed in Private Schools by the LEA
- If the Individualized Education Program (IEP) team, including the parent, decides that the most appropriate placement for a student is in a private school, the district that places the student in the private school continues to be responsible for making sure that the student receives the special education and related services included in the student's IEP and that those services are provided at no cost to the parent.
    - SSAs should contact their designated Assistant Director for guidance
- The district should make sure that the education provided at the private school meets the standards that apply to other students with disabilities and that the student and parent continue to have all the same rights that other students with disabilities and their parents have. A district representative must visit the private school at least annually. Ultimately, the district remains responsible for ensuring free appropriate public education (FAPE) when the student is placed in the private school.

- The IEP team, with all of the appropriate members including the parent, private school or facility staff, and district representative will develop the IEP for the child. IEP team members may participate in the meeting through a conference call or other means. The district will ensure that the parent can attend at no cost to the parent.

- Districts may apply for grant funds if the child is placed in a private school or facility that is approved by the Georgia Department of Education (GaDOE). If the private school is out of the state, it must be on the approved list of the state where the school is located.

### Children with Disabilities Placed in Private Schools by the Parent
Children who are home-schooled within the boundaries of the district are considered parentally placed private school children for the purposes of special education.

### Child Find
The district is required to carry out child find activities to locate, identify, and evaluate children attending the private schools within the jurisdiction of the district. The district must consult with representatives of the private school to complete child find activities. These activities must be similar to activities undertaken for the children in the district and must be completed in a timely manner comparable to other children attending the district. Child find activities include any parentally placed children who attend a private school within the jurisdiction of the district, even if the student resides in a different district or in a state other than Georgia.
- Private preschools, daycares, physicians, and local and state agencies may call Student Assistance Office to refer a child for evaluation

○ District representatives in Special Education also meet annually with parents who home school and private schools to inform them of that district's Child Find procedures. Information regarding the annual meeting can be found on the District's special education website in advance of the meeting. Additionally, letters are mailed to parents of students who are listed on the home school report provided by the GaDOE and to parents who parentally place their students in private school as provided by the private schools.

**Private School Residency Responsibilities**

3 and 4 Year Olds Attending A Not for Profit School
Outside Their Home District

|  | District of Residence | Private School District |
|---|---|---|
| RTI | No | Yes |
| Initial Evaluation | No | Yes |
| Eligibility | No | Yes |
| FAPE Offered | Yes | No |
| Service Plan | No | Yes |

This does NOT apply to a day care center or church program that does not have an elementary school in the building.

5 to 21 Year Olds Attending A Not for Profit
School Outside Their Home District

|  | District of Residence | Private School District |
|---|---|---|
| RTI | No | Yes |
| Initial Evaluation | No | Yes |
| Eligibility | No | Yes |
| FAPE Offered | Yes | No |
| Service Plan | No | Yes |

## Consultation Process

The consultation process is important to ensure the provision of equitable services. Consultations with the representatives of private schools, parents of private school students, and parents of home-schooled students must be timely and meaningful. Consultation requirements include

- how parentally placed private school children suspected of having a disability can participate equitably in the Child Find process;
- how the parents, teachers, and private school officials will be informed of the Child Find process;
- how the determination of the proportionate share of federal funds available to serve the children with disabilities was calculated;
- how the process will operate throughout the schoolyear;
- how, where, and by whom the special education and related services will be provided;

- how funds will be apportioned if funds are sufficient;
- how and when those decisions will be made; and
- how the district will provide to the private school officials a written explanation of the reason why it chose not to provide services directly or through contract

  o District representatives in Special Education also meet annually with parents who home school and private schools to inform them of that district's Child Find procedures. Information regarding the annual meeting can be found on the District's special education website in advance of the meeting. Additionally, letters are mailed to parents of students who are listed on the home school report provided by the GaDOE and to parents who parentally place their students in private school as provided by the private schools.

## Private Schools Representation

- Parents have the ability to invite private school representation should the IEP team be considering the placement.
- If the private school officials believe that the district did not engage in the consultation in a meaningful or timely manner or did not consider the views of the private school officials, it may submit a complaint through the Formal Complaint Process to the GaDOE. (See the chapter on Dispute Resolution). If the private school is not satisfied with the decision of the GaDOE, they may submit the complaint to the United States Department of Education (USDOE).

## Equitable Services Determined- Guidance from GaDOE

- No parentally placed private school child with a disability has an individual right to receive some or all of the special education and related services that the child would receive if enrolled in the district. The district only has an obligation to provide these children an opportunity for equitable participation in the services funded with Federal Part B dollars that the district has determined, after consultation, to make available to its population of parentally placed private school children with disabilities. These children with disabilities may receive a different amount of services than children in public schools. Some children will not receive any services. The district will make the final decisions regarding services to be provided prior to the start of the school year.
- Services provided to private school children must be provided by district personnel who meet the same standards as personnel providing the services in the district, except they do not have to meet the highly qualified special education teacher requirements.
- Services may be provided at the private school, or children may be transported to the public school or community setting to receive services. Transportation may be provided by the district, but it cannot transport the child from home to the private school. Transportation costs will be included in calculating whether the district has met the requirements of proportionate funding.
- The district may provide materials, equipment, and property purchased to implement the services to the children with disabilities in the private school; but these must be used only for those purposes and must be returned when no longer needed. No funds may be used for repairs, minor remodeling, or construction of

private school facilities. The district may not use the IDEA Part B flow-through or federal preschool funds to finance the existing level of instruction in a private school, the needs of the private school or the general needs of the children in the private school.

## Services Plans

- A Services Plan will be developed and implemented for each private school child with disabilities who will receive services from the district. The district will initiate and conduct the meetings to develop, review, and revise a services plan.
- Cobb County School District provides speech services as the service plan.
- A **Services Plan** must
    - o contain a statement of the special education and related services, and supplementary aids and services, to be provided to the child;
    - o be in effect at the beginning of each school year; and
    - o be developed, reviewed, and revised periodically, but not less than annually, in accordance with IEP requirements.

## Initial Procedures for Service Plan Students

1. Parent contacts SLP. For students who live and attend a private school in Cobb, the evaluation will be done at the student's home school based on the home address (See Procedures Scenarios 4 & 5 for exceptions) SLP gathers information and explains the referral process (including the requirement to provide interventions in the private/home school setting and documentation of progress). SLP adds student to Private School log and Initial Evaluation Log.
2. SLP mails out the parent letter, SLP Questionnaire, Skills Inventory, Grade level Language Checklist with strategies, blank RTI documentation form, Student Information for Evaluation/Service Plan and checklists for any other areas of concern mentioned by parent.
3. Parent returns the completed packet to the SLP. SLP reviews the packet for completeness including hearing/vision and calls parent to schedule the evaluation. Give the Student Information for Evaluation form to data clerk who will enroll the student in CSIS, School 898 and move into Synergy SE.
4. On the day of the evaluation, ask parent to sign the Consent to Evaluate (2102) and give a copy of Parental Rights. Check with data clerk to make sure the student is enrolled in Evaluation School in order to complete the evaluation and write the evaluation report.
5. SLP takes progress monitoring data and evaluation to Peer Review.
6. Complete the Eligibility Report in Synergy SE.
7. Schedule the Eligibility/IEP meeting and develop a COMPLETE IEP if the parent consent to the initiation of special education services. If parent declines enrollment in public school.
    - In the SpEd docs tab, select the appropriate eligibility status.
8. Complete the Service Plan in Synergy SE.
9. Notify your Data Clerk to move the student to the Service Plan School 800, 801 or 802 in CSIS. Parents must provide all required registration documents to the school. **Do not serve student until they are registered.**

### Children with Disabilities Placed in Private Schools by the Parent

A parent may remove the child from public school at any time and enroll the child in private school. Under certain circumstances the parent may request reimbursement from the school district to pay for the private placement.

- The parents must tell the IEP team they disagree with the proposed IEP and placement and want the school district to reimburse them.
- The parents may also notify the school district in writing, at least 10 days prior to removing the child from public school, that they disagree with the IEP and placement and want the school district to reimburse them for the private school tuition.
- If the public school asks to evaluate the child during the 10-day period and the parents refuse, then reimbursement may be denied.

- If the parents want to be reimbursed for all the costs of private school and the district does not agree to it, the parties must go before a due process hearing officer to determine whether the public school provided FAPE. The district has the opportunity to respond to the request. **If this situation arises the SSA should contact the appropriate assistant director.**

  - There are limitations on reimbursement for private placement which could be considered based on notification from the parent.

- Third, the parent may choose to use a private school instead of public school at the parent's expense, in which case, FAPE is not an issue.

  - When the student is in private school by parent choice, the student and the parent lose their individual rights to special education services.
  - When students are placed in private or home school, the school district may consider some services. The special education director of the local district has more information.

### Special Needs Scholarship Program (SB10)

- Georgia offers a Special Needs Scholarship Program that allows *eligible* students to transfer to another public school or to use a state-funded scholarship to attend an approved private school. To learn more about eligibility and requirements go to GaDOE

- Cobb County does not accept GSNS school choice students from outside our own school district. The State Department of Education does provide a list of private schools within the state that accept GSNS school choice students.



## Procedural Safeguards and Parent Rights *(Georgia Rule 160-4-7-.09)*

Parents and children have many rights under the special education law, Individuals with Disabilities Education Act (IDEA). It is important that parents and children understand their rights to a free appropriate public education (FAPE). The term "appropriate" is based on the educational needs of the individual child that are outlined in the Individualized Education Program (IEP). The IEP is deemed a working document created by a team of educators and the family that establishes goals for a child to achieve in order to succeed. It is the responsibility of the school to provide parents with notice of their rights in an understandable language. Parents also have a responsibility to participate in the education of their children. Parents do so by participating in meetings and giving consent to allow the school to provide the supports and services that both the parents and school agree are necessary for a child to be successful. It is important that the Six National PTA Standards for Family-School Partnerships Engagement be embedded in this process, particularly when learning at home.

### Definition of Parent

The state of Georgia has adopted the federal definition of parent which includes explanations for "parent," "person acting as a parent," "surrogate parent," and "guardian." (See 34 C.F.R. § 300.30; Georgia Rule 160-4-7-.21(31)).  Throughout the rest of this document, the IDEA definition of parent is being used wherever "parent" is referenced.

- "Parent" means a biological parent, an adoptive parent, a person acting as a parent, a legal guardian, a surrogate parent, or a foster parent.
- • "Person acting in the place of a parent" means a person such as a grandparent, a stepparent or other relative with whom the child lives, or a person other than a parent who is legally responsible for the welfare of a child.
- • "Surrogate Parent" means an individual appointed by the LEA to make educational decisions regarding a FAPE of a child with a disability.
- • "Guardian" means a person authorized to act as the child's parent and/or to make educational decisions, but it does not mean the State if the child is a ward of the State.
- There are some exceptions when a biological or adoptive parent still has legal authority to make educational decisions for the child, and another person is qualified to act as the parent. (See 34 C.F.R. § 300.30(b); Georgia Rule 160-4-7-.21(31)(b)-(c)).
- School personnel must determine the appropriate person(s) to make educational decisions on behalf of the child.  In most instances, this person is the child's parent.  The parent receives notice, gives consent, requests mediation, files formal complaints, requests due process hearings, gives or refuses to give permission for release of records, and fulfills all other requirements.

### Parental Rights

*The Parent Rights in Special Education* (Parent Rights) notice provides the foundation for ensuring that a child with a disability has access to FAPE. The Parent Rights notice provides parents with the opportunity to understand their rights, the rights of their child, and the procedures for resolving differences. This document should also help facilitate communication between parents and district personnel. The Parent Rights notice outlines all of the rights and safeguards available to parents of children with disabilities and children who are decision makers.

A copy of the Parent Rights must be given to the parents at least once in a school year.

Additionally, a copy of the Parent Rights notification must also be given upon the following:

- initial referral or parental request for evaluation;
- receipt of the first state complaint;
- receipt of the first due process hearing request;
- notification by the school district to the parent of a disciplinary removal of a student from school that would constitute a change of placement; and
- Parental request.

The Parent Rights notice should be written in language understandable to the general public.

- IEP teams should document providing a copy of the parental rights to the parent in the IEP.
- Parental Rights can be found in the following locations:

CTLS Special Education District Wide Community under Forms Bank; Parental Rights

https://www.gadoe.org/Curriculum-Instruction-and-Assessment/Special-Education-Services/Pages/Parent-Rights.aspx

### Prior Written Notice by the District

Districts inform the parents of actions being proposed or refused regarding their child by giving written notice before the district proposes or refuses to initiate or change the following:

- identification,
- evaluation,
- educational placement or
- FAPE

- Prior Written Notice (PWN) is contained within the IEP document if the discussion occurred during an IEP meeting.
  - There may be circumstances in which the District follows up the IEP with a formal written PWN letter.
    - For additional clarification or guidance on if a follow up formal PWN is required, SSAs should contact their designated Assistant Director

- The prior written notice will contain:
  - a description of the action refused or proposed by the district;
  - an explanation of why the district refuses or proposes to take the action;
  - a description of the evaluation procedure, assessment, records, or report used as a basis for the proposed or refused action;
  - a statement that the parents have the protections of the procedural safeguards;
  - the sources for the parents to contact to understand the procedural safeguards;
  - a description of other options the IEP team considered and the reasons why those options were rejected; and
  - a description of other factors that are relevant to the district's proposal or refusal.

### Parent Consent

The District is required to obtain informed written consent for any action requested. Parental consent is voluntary and may be revoked at any time. Consent is required for the following actions:
  - to conduct an initial evaluation;
  - to conduct a reevaluation; except that such informed parental consent need not be obtained if the LEA can demonstrate that it has taken reasonable measures to obtain such consent and the child's parents failed to respond.
  - for the initial provision of special education and related services on the IEP; and
  - before disclosure of personally identifiable information that is subject to confidentiality.

- Consent for the initial evaluation does not provide consent for initiation of special education service.
  - CCSD form 2102 is used for the parental consent for initial evaluation and re-evaluation. For use the form is available via OnTrack or CTLS. Parents requesting evaluations should communicate with the SSA. SSAs have been provided guidance to access the form via OnTrack on the CTLS Special Education District Wide community under Forms Bank; Consent.
  - Parents may revoke their consent for evaluation at any time.
  - For guidance regarding how you proceed if the parent revokes consent for evaluation, contact your SSA.
  - 
- Consent for Initiation of Special Education Services

  - If Parents are giving Consent, consent is for Special Education and Related services, not for the District's offer of FAPE

  - If Parents Do Not Consent, Student is not in special education

- Parental consent to place is provided to the parent at the end of the eligibility decision if the student is determined eligible.

  - If Parent signs consent to place, the team may move forward in developing the IEP. Document in the eligibility folder that Consent to Place was signed by the parent.

  - If Parent does not sign consent to place, the team does not move forward with the IEP Document in the eligibility report that Consent to Place was not signed.

- What if a parent does not sign consent following eligibility because they want know the offer of FAPE?
  - Consent is for provision of special education services and related services as a whole not based on their agreement with specific services outlined in an IEP. Parents have rights regarding disagreement to an IEP determination.
  - Do not proceed to the IEP until Consent to Place is received.
  - If they have questions, you can refer them to contact Special Education and they can also refer to Parent Rights for the information.
- What if a parent is not sure if they want to sign consent that day?
  - Provide the Parental Consent to Placement form.
  - If you do not return this form within 2 weeks, the District will assume that you are rejecting the placement recommendation of special education.
  - If parent returns within 2 weeks, schedule an IEP meeting and develop an IEP

- A parent may revoke consent for the receipt of special education and related services once the child is initially provided special education and related services. This revocation of consent must be made in writing and is for all special education and related services, not for individual services.

  - Revocation Process
    - Parent or adult student provides in writing their intent to revoke consent for special education services.
    - An IEP meeting is convened to discuss student's current services and determine the offer of FAPE for continued services. The LEA should explain the impact of revoking consent for special education services.
    - If the parent or adult student informs the IEP team they are revoking consent for special education placement, the revocation should be documented in the IEP.
    - Ensure the IEP clearly documents the offer of services, the impact of revoking consent for special education, and the decision to revoke services.
    - Finalize the IEP and provide the parent or adult student with the IEP. This finalized IEP will provide prior written notice of the District's offer of FAPE. Student's services will cease on the following day.

## Access/Opportunity to Examine Records

Districts must maintain the confidentiality of information in children's educational records. The district can assume that both parents of a child have authority to inspect and review the child's records unless the district is notified in writing that a parent's rights to see the records have been terminated by a court order.

Parents of a child with a disability must be allowed an opportunity to inspect and review all education records with respect to

- **Identification** Process to determine eligibility
- **Evaluation** Nature and scope of assessment procedures
- **Placement** Educational placement of the child
- **FAPE** Provision of a free appropriate public education

More information about FERPA can be found at:
http://www.ed.gov/policy/gen/guid/fpco/ferpa/index.html

*Records request form for CCSD can be found at:*
http://www.cobbk12.org/centraloffice/adminrules/

- Records request should be sent to Teaching and Learning Support and Specialized Services Records Room. Districts requesting records should contact 770-514-3874. Parents requesting records should contact 770- 426-3599.
  - o Additional guidance can be found in CTLS Special Education District Wide Community under Records Room
  - o Each school in Cobb County is assigned a dedicated Records Room Clerk. Please refer to the Record Room Clerk Assignments (document) to identify your designated records room clerk.

  ### What Special Education educational records MUST be sent to the Records Room?

  - All Out of District Records not uploaded to Synergy SE
  - Positive Support Plan (PSP), Functional Behavior Assessments (FBA), Behavior Intervention Plans (BIP) and Related information that is not uploaded to Synergy SE
  - Consents to Evaluate, Place, or Release Records
  - Eligibility Signature Pages, Re-Evaluation Check list, Referral to Special Ed, etc.
  - IEP Signature Pages, Notification Forms, Excusal Forms, Current Functioning Checklist
  - Medical Evaluations and related medical records
  - Any evaluations that are not uploaded in Synergy SE
  - Psychoeducational Evaluations (including private)

**What is the timeline for sending in special education/504 records to the Records Room?**

Records should be sent in as soon as possible within one week of receiving or creating records.

**What information is required on forms/paperwork sent to the Records Room?**

Please ensure that all forms are completely filled out. If the documents are not bar coded, they

must have the student's legal name, date of birth, and CCSD ID#. Nicknames may be in parenthesis, quotation marks, or underlined.

**What action do I need to take if a student's name has been legally changed?**
Notify the designated records room clerk as soon as possible of name changes with court documents or new birth certificates.

**What, if any, preparation needs to occur prior to my sending special education/504 records to the Records Room?**

- Remove ALL Staples
- Remove all Sticky Notes/Flags/etc.
- Records for each student can be binder/paper clipped together or you can use a colored piece of paper to divide the students
- Include the student cover sheet and applicable document divider sheets

**Student Cover Sheets**
Please print the student cover sheet from On-Track and make sure the bar code is clearly printed. The scanner may not be able to pick up the bar code if it is faint or smudged.

**Document Divider Sheets**

Make sure the correct document divider is always included with the corresponding document type.

The Records Clerk will review the documents to make sure student cover sheets have a legible bar code. Due to the number of records received daily, the clerks may be able to reprint cover sheets for one or two students as a courtesy, however, they are unable to reprint sheets for numerous batches. Please contact your SSA for assistance if you are unable toprint a student cover sheet.

o Please contact your SSA, Records Room Clerk or view the video (Printing Student Cover Sheets) for additional assistance with student cover sheet.

**What do I do if a student moves out of the district?**

If a student has moved out of Cobb County please verify that any special education documents at the school are in Synergy and On-Track.

If the documents are in either system then no further action is needed.

**How do I get the special education school/504 file when a student moves from one Cobb County School District school to another Cobb school?**

When a student transfers from one Cobb County School to another, request the special education data file or 504 files from the SSA and/or school 504 coordinators at the previous school. All other records are scanned and available on line through OnTrack.

If a student changes schools within the district please forward any special education/504 documents to the Records Room that are not on On-Track/Synergy SE.

**What do I need to do if I receive a request for special education/504 records from a parent or outside system or agency?**

The JR-3 Form is the district's form for records requests for parents or guardians. If a parent is requesting any records provide this form to the parent. Once completed please forward this form to your designated Records Room Clerk.

Parents, agencies, attorneys, and other districts may request student's educational records from the special education/504 records staff in the special education department. Requests vary from specific information to a "Complete Educational Records Request". Complete Educational Records Requests are completed through the Office of Student Support.

The clerks will send the applicable SSA a checklist that outlines what records need to be gathered and sent to the Records Room. This checklist will detail specifically what we need to have sent in.

The SSA is responsible for contacting any support personnel which may include behavioral, instructional, speech, OT, PT, Nurse, etc. to gather those records. The SSA checklist will need to be signed and forwarded to the records room along with the necessary documents. This completed checklist signals to the records room staff that records may be sent to the requesting party. The Records Room staff is responsible for adhering to State and Federal timelines when sending records to the requesting schools or agencies.

The Authorization to Release to a Third Party form should be provided if the parent/guardian is requesting records be sent to a third party for example such as attorneys, advocates, doctors, Medicaid, SSI, etc.

**Can I release special education/504 records from the local school?**

Other than sending a student's special education/504 file with the Cobb County School District schools are not permitted to release any special education/504 records. It is the responsibility of the Records Room staff to send all special education/504 records. The Records Room is responsible for documenting where records are sent and by whom they are viewed. Please refer to the dedicated Records Room Clerk assigned to your school with any questions.

**What do I do if I receive a request for information from the Social Security Administration?**

- Please forward any SSI requests to the Records Room clerk via fax, email, or county mail.
- If the SSI request includes a teacher questionnaire only send in the first 3 bar-coded pages.
- **SSI Questionnaires completed by the teacher may be sent directly to SSI using the SSI envelopes.**

The Records Room takes up to 45 days to process SSI requests. These requests are uploaded to the SSI

electronic portal.

**What do I do with audio files created during an IEP/504 meeting?**

Audio files should be sent to the Special Education Records Room via OneDrive. OneDrive is the preferred way to deliver audio recordings.

Follow these steps to upload audio files:

- Upload audio file from your computer or device to your OneDrive
- Share file with your assigned clerk.
- In the comments indicate the students name, ID, and date/type of audio (IEP, FBA, etc.)

The clerks will receive a link notifying them that an audio file has been shared and download the file. The clerks will review the file to ensure it works, and create a CD.

*Once these files have been shared with the Records Room they can be deleted from your OneDrive.*

Please email/call your dedicated clerk if you have any questions.

## Parent Participation

Parents are to be included as members of any decision-making team for their child. Parent participation includes decisions about eligibility, initial evaluation, reevaluation, development of the IEP, the provision of a FAPE, and educational placement. This requirement does not include informal or unscheduled meetings involving district personnel or meetings on issues such as teaching methods, lesson plans, or coordination of service provision, as long as those issues are not addressed in the child's IEP. Nor does it include meetings involving the preparation of a proposal or response to a parent proposal that will be discussed at a later meeting. If neither parent can be present in a meeting concerning educational decisions for a child, the district must use other methods to ensure parent participation. These methods could include individual/conference telephone calls or video conferencing. If the district cannot reach the parent, after several documented attempts to include the parent in the meeting, the meeting can be held without the parent. The district must make and document reasonable efforts to ensure the parent's involvement. Such efforts are defined as: detailed records of phone calls made or attempted and the results of those calls; copies of correspondence sent to the parents and any responses received; and detailed records of visits made to a parent's home or place of employment and the results of those visits.

The involvement of parents in all decisions about their child will help result in individualized services that meet the unique needs of children as well as in the development of a closer, more collaborative relationship with districts. The contributions that parents make to the process are important because they help ensure the educational progress of the student.

- Parent Participation and IEP scheduling- It is our practice in Cobb to make a minimum of THREE documented attempts to contact the parent by at least two documented methods. We should attempt a minimum of THREE IEP meeting dates to allow ample opportunity for parent participation. If a parent does not respond by phone or email, the case manager should send home three dates for an IEP meeting. If the parent cancels or does not respond to the first two meeting dates, the third meeting date

should be noticed for ten (10) days in advance and notify the parent if they do not respond the district will hold on the meeting on that date and time listed. If parents are unable to attend in person, offer the opportunity for remote parent participation.

o   IEP teams should consider parent input regarding the components of the IEP to ensure parent participation.

### CCSD is participating with the GaDOE Facilitated IEP Process

Purpose of FIEP is a collaborative dispute prevention and resolution process where both District and Parents agree for a 3rd party to facilitate communication and problem solving in IEP.

- Requests- Can be parent initiated or district initiated. Both Parties must agree and sign the GaDOE form. Once completed, the forms should be sent to Attn: Jessica Coleman Director of Special Education Compliance. FIEP Forms will be posted on the Special Education and Parent Mentor website and CTLS

### Parent Invited IEP Team Members

- Parents have the opportunity to invite any other individuals who may have knowledge or special expertise regarding the student, including advocates or attorneys.

    - Communication should always occur with the Parent and not directly with the Parent advocate and attorney. This allows the District to ensure parent participation and clear communication. It also always the District to build and maintain relationships with families which is a special education department priority.

    - If a parent adds their advocate and/or attorney on email communication, staff members should not reply all and reply to the parent only. The parent may share communication should they wish to their advocate and/or attorney.

- There is no requirement for the parent(s) to notify CCSD staff in advance, if he or she intends to be accompanied by an individual with knowledge or special expertise regarding the student, including an attorney.

- In the spirit of acting in collaboration and cooperation, parents should indicate when they intend to bring an advocate or an attorney; **however, IDEA does not permit the District to place a condition that the parent's attorney cannot participate to continue the meeting as that would interfere with parental participation.**

- **CCSD Guidance -Parent(s) provides notification of their intent to bring and attorney or advocate to the IEP**

    - SSA requests the name of the advocate or attorney from so that we can determine if additional District personnel or an attorney may need attend the IEP meeting and therefore added to the Notice of Meeting.

    - SSA should contact the Assistant Director Special Education Compliance through email or 770-590-4503 to discuss if additional District personnel or an attorney

may need attend the IEP meeting.

- AD in conjunction with Director will determine if additional District personnel should attend or if an attorney should be secured. AD will e-mail the SSA the District personnel point of contact and cc the appropriate AD who supports the local school.

- **CCSD Guidance -Parent(s) arrive for the IEP with an advocate and/or attorney and CCSD staff are unaware of their attendance.**

  - It is permissible to reschedule the meeting for another date and time if the parent agrees so long as rescheduling the meeting does not result in a delay or denial of FAPE.
  - If the parent does not agree to reschedule, contact the special education office for support and services at 770-426-3417 so that we can provide guidance and/or secure an attorney to attend the IEP meeting. This may impact the start time of the meeting; however meeting will occur that day.

FERPA allows parents to inspect and review all educational records of their child maintained by an educational agency that receives federal funds. This includes all public schools and most private schools. The school must comply with a request to inspect records within a reasonable amount of time, and in no case more than 45 days after the request has been made.

## CCSD Guidance on Confidentiality and Educational Records

Education records means the type of records covered under the definition of "educational records" in the Family Education Right to Privacy Act (34 C.F.R. § 99), those regulations define "educational records" as follows:

1) Directly related to the student and

2) Maintained by an educational agency or institution or by a party acting for the agency or institution.

- **What does the term "Education Record" include?**
  Educational records mean those records that are:
  - Directly related to the student and
  - Maintained by an educational agency or institution or by a party acting for the agency or institution.
- **What does the term "Educational Record" not include?**
  The term does not include:
  - Records that are kept in the sole possession of the maker, are used only as a personal memory aid, and are not accessible or revealed to any other person except a temporary substitute for the maker of the record. Records of the law enforcement unit of an educational agency subject to the provisions of §99.8
  - Records relating to an individual who is employed by an educational agency or institution that are made and maintained in the normal course of business;

related exclusively to the individual in that individual's capacity as an employee; and are not available for use for any other purpose.

- Records on a student who is 18 years of age or older or is attending an institution of postsecondary education that are made or maintained by a physician, psychiatrist, psychologist or other recognized professional or paraprofessional acting in his or her professional capacity; made, maintained or used only in connection with treatment of the student and disclosed only to individuals providing the treatment, and treatment does not include remedial educational activities or activities that are program of instruction.
- Records created or received by an educational agency or institution after an individual is no longer a student in attendance and that are not directly related to the individual's attendance as a student.
- Grades on peer-graded papers before they are collected and recorded by a teacher.
- Records, such as emails, that are not printed and purposefully maintained in the student record.

2.      **What Rights do Parents have related to educational records?**
Parents have the

- Right to examine all records relating to their child without unnecessary delay after parent's request and before any meeting regarding an IEP or hearing and, in no case, more than 45 days after request. To inspect testing protocols, parents should contact the Assistant Director, Support and Services who will assist the parent with arranging a time for review and inspect testing protocols.
- Right to have their representative review the records.
- Right to request that the agency provide electronic copies of the records if failure to provide those copies would effectively prevent the parent from exercising the right to inspect and review the records with the exception of testing protocols due to copy right.
- Right to have the agency presume that a parent has authority to inspect and review records of his or her child unless agency has been notified that parent does not have authority under state law
- Right to inspect and review only the information relating to their child if any educational record includes information on more than one child.
- Right to have the public agency keep a record of parties obtaining access to identifiable student information included in educational records collected, maintained, or used under this part (except access by parents and authorized employees of the participating agency), including the name of the party, the date access was given, and the purpose for which the party was authorized to use the records.
- Right to have the public agency search for or retrieve educational records without charge.
- A parent may be charged a fee for copies of records which are made for parents if the fee does not effectively prevent the parents from exercising their right to inspect and review those records.
- Right to be informed of all types and locations of records being collected, maintained or used by the agency.

- Right to ask for an explanation of any item in the records.
- Right to ask for an amendment of any record if the record is inaccurate, misleading or violates the privacy or other rights of the child.
- Right to have the agency decide whether to amend the information within a reasonable time after being asked to do so.
- Right to be informed of refusal to amend and right to a hearing if the agency refuses to make the requested amendment.
- Right to be informed if the agency decides in a hearing that the information is inaccurate, misleading or violate of the child's rights and the right to have the record amended.
- Right to be informed of the parents' right to place a statement in the record commenting on information or setting forth the parents' reasons for disagreeing with the agency decision if it is decided in a hearing that information need not be amended.
- Right to have the parents' explanation maintained in the record as long as the contested record is maintained.
- Right to have the parents' explanation disclosed if the contested record is disclosed.

3.    **What is the process for responding to a parent/guardian's request for educational records?**
   A.  Upon written receipt of a parent/guardian's request for educational records by completing the records request form, contact Teaching and Learning Records Room at 770-426-3599. and provide the following information:
      - Student's Name
      - Student's Date of Birth
      - Student's Current School
      - Parent/Guardian's Name
      - Parent/Guardian's Contact Information
   B.  Once has been notified of the parent/guardian's request for educational records, an email will be sent to the Special Education Administrator (SSA), Program Supervisor(s) if appropriate, and Records Room Clerk. Attached to the email will be a cover letter. The cover letter provides details as to the action steps required for responding to a parent/guardian's request for educational records.
   C.  Upon receipt of the email from the Records Room, the SSA, and Special Education Supervisor(s) if appropriate, are expected o review the attached checklist and to respond within 3 days.
   D.  The Special Education Administrator is expected to check with all teachers, administrators, and record keepers to ensure that **all special education records purposefully maintained for the student** have been provided. After gathering the educational records, the SSA is expected to review the records to ensure that all records related to the request have been provided and to ensure that no other student's records have been mistakenly included in the production of educational records.
   E.  Any Programs Supervisor(s) is expected to check with all service providers and Program Specialists to ensure that **all special education records purposefully maintained for the student have** been provided. After gathering the educational records, the Supervisor(s) is expected to review the records to ensure that all records related to the request have been provided and to ensure that no other student's

records have been mistakenly included in the production of educational records.

F. Records Room Clerk is expected to secure the student's special education electronic file. The Records Room Clerk is expected to carefully review the student file to ensure that no other student's records have been mistakenly included in the production of educational records.

G. After the records have been inspected, the SSA and Program Supervisor(s) if appropriate are to sign off on the cover letter and send the Special Education/504 Records Room.

H. Upon receipt the designated records room clerk will scan records and make a CD of copies of the records provided.

I. A cover letter from Special Education will be prepared and attached to the copied records.

The parent/guardian will be notified by the designated records room clerk to inquire as to whether the parent/guardian would like to pick up the records at the Central Office or if the parent/guardian prefers to have the records mailed to the parent's home address.

**The following individuals can access a student's education records:**
Parents and School District representatives with a "legitimate educational interest" are entitled to access a student's records. Any teacher who is teaching a student has the right to read all information on the student including evaluations and IEPs. By law, educators working with a student must be informed about the child's educational needs and the educator's obligations to serve the student. It is NOT necessary for parents and authorized School District representatives to sign a Record of Access, but other parties must do so.

Requests for records or information received under a court order or subpoena should be directed to the Policy and Planning Office and/or Teaching and Learning Support and Specialized Services.

**The School District may disclose records to consultants hired by the School District:**
FERPA specifically recognizes that "school officials" who are entitled to information about students include consultants that a district may hire. The School District is able to contract with educational consultants and then use those consultants as resources to support a child or learning environment, including disclosing information about particular students to that consultant.

Parents are able to review/receive records:
If parents request to review their child's education records, the parents are entitled to access the student's cumulative file, discipline file, and school file in addition to the special education file. Since the School District places different people in charge of different types of records, fully complying with a parent's request may require the involvement of several people.

The Office of Special Education, through the Records Room, facilitates parents' access to records by providing parents with one free copy of a student's special education records. If other students' or employee's confidential information is included in those records, then that information should be blacked out or redacted. This process requires making a copy of the original, blacking out such information, and then recopying it. It is recommended to keep a copy of whatever is provided to the parents. General Education records will be provided through the local school.

**Emails** that are not printed out and included in a student's file are not education records. It is good practice to print out and file those e-mails that are pertinent to the student's education

and receipt of FAPE and to discard any unnecessary e-mails.

Testing **protocols** are usually protected by copyright. Accordingly, parents may not have copies of any pages containing the test content. Usually, the front page contains only the scoring information and is appropriate for copying. Parents or their representatives are authorized to inspect protocols. Such requests should be directed to the Assistant Director or Director of Special Education Compliance who will schedule an appointment to facilitate such review.

If the parents and/or their representatives would like to review the original education records, they need to make an appointment to do so. Generally, it is appropriate to ask parents/ representatives to review the records in a room with a School District representative. It is also appropriate to ask that the people reviewing the records not have any bags or other papers on the table with the documents or any writing instruments.

**Timeline for records being made available:**
Under FERPA, parents are entitled to inspect and review requested records without unnecessary delay and in no case later than 45 days after their request. The records need to be provided before any due process hearing, resolution meeting, or IEP meeting. For IEP meetings the meeting may need to be delayed if the records cannot be gathered in time.

**Parents may object to the contents of records:**
In accordance with District Administrative Rule JR-R(B)(5), the first step of a FERPA challenge requires the principal to "investigate the complaint and endeavor to settle the matter." Once a principal reviews the challenged document and otherwise investigates, the principal notifies the parents in writing of the decision. In cases involving special education records, it is prudent for an appropriate special education representative (e.g. supervisor, psychologist, assistant director) to communicate with the principal about any such request so that the principal understands the significance and use of any challenged document.

**Special education records are kept:**
The School District retains records in accordance with the State of Georgia's retention schedules. As of July 2007, the schedule requires that student special education records be kept "until no longer needed to provide services to student." The Teaching and Learning Support and Specialized Services Department publishes an annual notice in the local newspaper indicating records that are scheduled for destruction.

**Parents and outside consultants observing at school:**

The School District's administration rule KM-R allows Parent/Guardian, family members, and persons invited by District for official business, Parents or family members observing their student's classroom and/or Parents who visit other classroom or schools for placement options, IEE providers, contracted services through IEP decisions. The Parent should send the request to the school Principal who would determine if the request is granted. Class visits or observations- must be able to continue regular school program.
Please see http://www.cobbk12.org/centraloffice/adminrules/k/KM-R .pdf

The School District's administrative rule ML-R allows observations by outside providers currently providing direct educational services to the student. The outside provider must adhere to all guidelines outlined in the Board Rule ML-R and sign a confidentiality agreement.



Such observations should be permitted only in classrooms in which the child is enrolled. The School District may invite individuals, including consultants, to observe in school pursuant to official business which may include supporting a child or learning environment.
Please see:
http://www.cobbk12.org/centraloffice/adminrules/m/ML-R.pdf

**Information the School District and its representatives may disclose to private providers at the request of a parent:**
Generally, the School District limits the forms that School District personnel complete to standardized protocols. Due to copyright protections, the individual completing the protocol may not keep a copy of the completed form. The completed protocols may only be returned directly to the private provider and then only when a parent has provided a signed release. To assist parents in getting information to private providers, the School District will share information about a child's progress with a private provider that the parents invite to participate, by telephone or in person, in the child's IEP meeting. Also, the School District can provide copies of relevant documents, e.g. the IEP and the most recent progress report, to parents to give to the private providers. Questions regarding forms or requests should be directed to the Assistant Director of Special Education.

**Inadvertent disclosure of confidentiality:**
It is important to remember to use discretion in identifying a particular student as being a member of a class for students with disabilities without first contacting the student's parent or the student (if over 18 years of age). For example, activities such as PTA projects, displays of art or written work, newspaper articles/photos featuring disabled youngsters may require that the parent or adult student sign a release form for the specific activity.

Remember that others can overhear our conversations with peers or parents. Take precautionary care to avoid using a complete name or clearly identifiable information that could be overheard by others who may know the student.

**NOTE: Video recording of IEP team meetings is not permitted.**

## Independent Educational Evaluation

If a parent disagrees with the results of a completed evaluation done by the district, the parent may request an outside independent educational evaluation (IEE) paid for by the district. A parent is entitled to only one independent educational evaluation at public expense each time the public agency conducts an evaluation with which the parent disagrees. (Public expense means that the district either pays for the full cost of the evaluation or ensures that the evaluation is provided at no cost to the parent.)

Parents are not entitled to an independent educational evaluation at public expense before they allow the district to conduct its own evaluation. Once the district evaluation occurs, and the parents disagree with the results of the evaluation, they can request one at public expense. If granted by the district, the district will provide the parents with a list of qualified examiners from which to choose for the independent educational evaluation. The District can also work with the parents to find a mutually agreeable evaluator. Typically, a parent will make all the

arrangements and provide the transportation.

If a parent obtains an independent educational evaluation at his or her expense, the results of the evaluation that meet state and district criteria shall be considered by the district in any decision made with respect to the provision of FAPE for the child.

The qualifications of the independent evaluator must be the same as those required of the district evaluators. The district may set a reasonable limit on the cost of the independent evaluation. The district must agree to pay for the independent evaluation or begin due process procedures to show that the district's evaluation is adequate. If there is a due process hearing and the district's evaluation is judged to be sufficient, then it will not have to pay for an IEE. (See 34 C.F.R.§300.502 of the Federal Rules and Regulations for a complete explanation of IEEs.)

The following are the Cobb County District's (District) guidelines and applicable procedures for requesting and obtaining an IEE.

1. If the parents disagree with an evaluation obtained by the District, the parents may request an IEE at public expense. Requests for an IEE must identify the evaluation with which the parents disagree and should be made for consideration to the Special Education Director in the Office of Special Education. The request is not considered a formal request until it is received in writing by the Director of Special Education Compliance.

2. Upon receipt of a request, the District will forward to the parents a copy of the Guidelines and a Parental Request Form. Parents are asked to complete the form, including an explanation of the reasons why the parents object to the evaluation obtained by the District, but the District will not delay responding to the parents if the parents decline to explain their reasons.

- After receiving a request for an IEE, the Director of Special Education or designee will decide whether the requested IEE will be publicly-funded or, in the alternative, whether the District will request a due process hearing to demonstrate the District's evaluation is appropriate or that the IEE does not meet the criteria of the District. Once it is clear that the parents disagree with an evaluation conducted by the District and the parents have requested an IEE, the Director of Special Education Compliance or designee will make a decision without unnecessary delay as to whether the District will fund the IEE. If the District initiates a due process hearing, and the final decision is that the District's evaluation is appropriate or that the IEE does not satisfy the District's reasonable criteria, then the parents still have a right to an IEE but not at public expense. SSA's will receive a copy of the letters via email and a copy of the letter will be included in the student's educational records for special education under correspondence. If District denies IEE request, SSA and Principal will be informed of the Due Process Hearing request filed by the District and will request records from the school.

3. If the District has decided to fund the IEE and the parents have selected an independent evaluator, the parent will be provided an Authorization to Release Confidential Information form allowing the District to release the student's education records to the independent evaluator. The Director of Special Education or designee will contact the evaluator in order to make arrangements for the evaluation to be performed, to provide copies of educational records, and to pay the evaluator. The District will request to be present when the results of the IEE are shared with the parent. The parent will be copied on a confirming letter to the evaluator and the letter will specify that the parent will be responsible for making the appointment, paying any charges resulting from "no-show" appointments, and paying for the evaluation if the parent request that the evaluation be stopped prior to completion. The evaluator will be paid for services once the District has received the written evaluation report from the evaluator and the evaluator has submitted the necessary paperwork for payment.

4. It is the District's practice to require all independent evaluators to provide the District with current curriculum vitae, including their licensing information, as well as a sample report. Also, independent evaluators who will provide services at public expense must enter into a contract with the District for the provision of the requested services and agree to provide the report to the District. In addition, independent evaluators must adhere to the following requirements:

   a. They must use a variety of assessment tools to gather relevant information about the student;

   b. They must not use any single measure or assessment as the sole criterion for determining whether the student is a student with a disability;

   c. They must use technologically sound instruments, measures, and assessment tools;

   d. They must select and administer instruments, measures, and assessment tools so as not to be discriminatory on a racial or cultural basis;

   e. They must administer instruments, measures and assessment tools in the student's native language or other mode of communication and in the form most likely to yield accurate information on what the student knows and can do, unless it is clearly not feasible to so provide or administer;

   f. They must ensure that any instruments, measures, and assessment tools are used for the purposes for which they are valid and reliable

   g. They must be qualified and trained to administer the chosen instruments, measures, and assessment tools; and

   h. They must ensure that instruments, measures, and assessment tools are administered in accordance with any instructions provided by the producer of the instruments, measures, and assessment tools.

Independent evaluators must also abide by the following District criteria:

   a. Abide by the maximum fee schedule to be determined after review of current competitive rates provided by evaluators.

b.  Enter into a performance contract with the District to provide the evaluation and receive payment for services rendered.

c.  Provide evaluation report to the parents and District concurrently and no less than 10 days prior to any IEP meeting that may be scheduled to review the report.

d.  Provider must be within 50 mile radius of the District.

e.  Testing materials should be current and normed for the age of the student being evaluated.

f.  Provider is in good standing with their licensing board applicable to their area of practice with no previous sanctions or violations.

g.  Evaluation report should include standard scores as provided by the test manual.

The District will not authorize an IEE from any evaluator who has not fulfilled or who has been found to have violated any of the above requirements. Those individuals included on the District's list of evaluators have satisfied the District's requirements. If the parents wish to use an evaluator not on the District's approved list, the evaluator must be willing to comply with the District's requirements and also must be qualified under federal and Georgia law to conduct the evaluation.

5.  The District will consider any information provided by parents, including IEEs, in making any decisions regarding the provision of a free appropriate public education.

**Frequently Asked Questions (FAQ's) Regarding IEE's.**

2.  **When is a parent entitled to an Independent Educational Evaluation (IEE)?**
When the District has completed an evaluation by an evaluator of its choosing, the parents may object to the evaluation and request an independent evaluation.

3.  **When is a parent <u>not</u> entitled to an IEE?**
If the District has not yet done its own evaluation, then the right to an IEE is not triggered. This includes if this is the first discussion of an evaluation, if the parent requests an independent person be used in response to the District's suggestion of an evaluation, or if the parent just brings the evaluation in and requests reimbursement.

4.  **To what types of evaluations do IEEs apply?**
The right to an IEE is triggered for any evaluation the District performs for which it seeks parental consent, including but not limited to psychological, speech and language, occupational therapy, functional behavior assessment, and physical therapy.

5.  **What type of documentation should be created regarding IEEs?**
Any parent request for an IEE must be in writing to the Director of Special Education Compliance. Once the request is received in writing, the Office of Special Education will respond to the request.

6.  **What are the guidelines for the provision of an Independent Educational Evaluation at**

**Public Expense?**

Parents of a student with a disability have the right to an independent educational
evaluation ("IEE") at public expense if the parents disagree with an evaluation obtained by the Cobb County District ("District"). An IEE is an evaluation conducted by a qualified examiner who is not employed by the District.

7.    **Must the District consider private evaluations when making decisions regarding the provision of FAPE?**

The District will consider any information provided by parents, including IEEs, in making any decision regarding the provision of a free appropriate public education.

## Evaluations

Parents have the right to request that their child receive a full and complete evaluation to determine whether he/she has a disability and is in need of special education and/or related services. The Parent Rights also state that parents have the right, when an initial evaluation for determination is being conducted, for their child to receive a full and complete evaluation. This includes having the child assessed in all areas of the suspected disability (including but not limited to behavior, academics, communication, social skills, and daily living skills).
This evaluation can consist of several sources of information, including more than one test. These tests must be given in the language that the child normally uses (native language), unless it is not possible to do so.

In addition, parents have the right for their child to be given appropriate tests by qualified examiners. The initial evaluation must be completed within 60 calendar days from the date the parents sign permission for the evaluation. When permission is given for the initial evaluation and less than 30 days of school are left in the school year, the school still has 60 days to complete the evaluation. The 60 day count stops when the teachers finish for the school year and starts again when they return for the new school year. It is important to note that when school is closed for more than 5 days for holidays or other breaks, those days and the weekends before and after do not count in the 60 days allowed for the initial evaluation.
Parents have the right for their child to have a reevaluation at least every three years. The parents or the teacher can make a request for reevaluation in less than three years if needed. Reevaluations shall not

occur more frequently than one time per year unless the parents and the school agree one is needed. Finally, parents have the right to be involved in the decision about their child's eligibility and the programs and services the child needs as part of the first evaluation and the reevaluation

## Student Placement During Pending Due Process and Interim Placements

**What occurs if there is no agreement on whether a child's behavior was or was not a manifestation of his or her disability?**

The LEA representative must make the determination on behalf of the District and provide the parent with Prior Written Notice, which is the finalized MDR document. The parent of the child with a disability has the right to exercise his or her procedural safeguards by requesting mediation and/or a due process hearing to resolve a disagreement about the manifestation determination. A parent also has the right to file a State complaint alleging a violation of Part B related to the manifestation determination. If the parent of the child files a due process hearing request the student's placement will be the alternative education placement.

**Who determines where a student will attend school or receive services during a period of suspension or expulsion?**
A properly constituted IEP team must determine the appropriate services needed in order to provide the child with FAPE so as to enable the child to continue to participate in the general education curriculum, although in another setting, and to progress toward meeting the goals set out in the child's IEP.

**How do students with disabilities access the Ombudsman/Alternative Education Program (AEP)?**
Students with disabilities can access Ombudsman/Alternative Education Program (AEP) in one of two ways:

- The student's placement has been changed as a result of a disciplinary removal through an MDR and subsequent IEP. If the student goes through a disciplinary hearing, the tribunal may make a recommendation or determination that the student it's not able to attend AEP. In such cases, the student's IEP team may need to reconvene to review and revise the student's IEP in place during the suspension or expulsion period.
- Administrative referral: Referrals to the AEP which are not the result of an MDR require this prior approval BEFORE an IEP team meeting convenes to discuss a possible change in placement. If approved, the IEP team must convene to determine if the Ombudsman Alternative Education Program is the LRE (for no more than one semester) in which the student can receive FAPE.

When a Due Process Hearing has been requested by either party, the child shall remain in his or her current educational placement unless the parent and the LEA agree to an alternate placement.

- This is commonly referred to as "stay put."

- • If the hearing request is filed as an expedited hearing request, the child shall remain in the interim alternative educational setting pending the decision of the ALJ unless the parent and LEA agree otherwise.

- • If the hearing is the result of an initial admission to public school, the child shall be placed, with the consent of the parent, in the school program until completion of the hearing proceedings.

- • The current educational placement includes the services provided in the IEP and all related services.

- Other special circumstances may apply, and the Georgia Rule (160-4-7-.18) should be reviewed to determine the student's status pending a due process hearing.

### Private School Placement by Parent

The District is not required to pay for the cost of education, including special education and related services for the child parentally placed at a private school, if the district made FAPE available for the child.

Private school placement may occur in three circumstances:

1. First, when the public school determines that it cannot provide free appropriate public education (FAPE), the public school must identify and pay for a private school to provide services. This is at no cost to the parent.

2. Second, a parent may remove the child from public school at any time and enroll the child in private school. Under certain circumstances the parent may request reimbursement from the school district to pay for the private placement.

- The parents must tell the IEP team they disagree with the proposed IEP and placement and want the school district to reimburse them.
- The parents may also notify the school district in writing, at least 10 days prior to removing the child from public school, that they disagree with the IEP and placement and want the school district to reimburse them for the private school tuition.

  o If the public school asks to evaluate the child during the 10 day period and the parents refuse, then reimbursement may be denied.

  o If the parents want to be reimbursed for all the costs of private school and the district does not agree to it, the parties must go before a due process hearing officer to determine whether the public school provided FAPE. The district has the opportunity to respond to the request. **If this situation arises the SSA should contact their designated Assistant Director**

3. Third, the parent may choose to use a private school instead of public school at the parent's expense, in which case, FAPE is not an issue.

- When the student is in private school by parent choice, the student and the parent lose their individual rights to special education services.
- When students are placed in private or home school, the school district may consider some services. The special education director of the local district has more information.

Georgia offers a Special Needs Scholarship Program that allows *eligible* students to transfer to another public school or to use a state-funded scholarship to attend an approved private school. To learn more about eligibility and requirements go to http://www.gadoe.org/External-Affairs-and-Policy/Policy/Pages/Special-Needs-Scholarship-Program.aspx.

- o Cobb County does not accept GSNS school choice students from outside our own school district. The State Department of Education does provide a list of private schools within the state that accept GSNS school choice students.

- If a parent wishes to request dispute resolution such as mediation, DOE complaint, or Due Process Hearing Request, he/she should contact the Director, Special Education Compliance at 770-426-3417.

- Mediation: Mediation is a way to discuss and resolve disagreements between the parent and the district with the help of a trained, impartial third person. Mediation should be offered to either party to resolve disputes. Although this process is voluntary for each party, both parties must agree to mediation. Discussions during the mediation process are confidential and may not be used as evidence in any due process hearings or civil proceedings. The GaDOE contracts with a number of qualified mediators and will assign a mediator when mediation is requested. If an agreement is reached during mediation, the agreement is legally binding in a State or District Court. The failure to carry out an agreement may also be the subject of a State complaint.

- Formal Complaints: Parents may file a formal complaint with the Georgia Department of Education (GaDOE) when they believe a violation of the IDEA has occurred. A formal complaint investigation is a procedure to determine whether the district is complying with federal or Georgia laws and/or regulations regarding the provision of special education and related services to children with disabilities.

- o This investigation is conducted by the GaDOE.

- o In addition to filing a complaint with the GaDOE, the party filing the complaint must forward a copy of the complaint to the district serving the child. The party filing the complaint will address the complaint with the district in writing and will request a response from the district within 10 business days. The parent who filed the complaint will have an opportunity to engage voluntarily in mediation with the district to resolve the dispute.

Due Process Hearing:
- o Parents or the District may request a due process hearing regarding any matter related to the identification, evaluation, placement, or the provision of special education and related services to the child.

- o A resolution can be reached through several ways in a dispute with a district over the rights and services afforded to students with disabilities and their families. The quickest and most efficient method is to contact the special education administration in the district. The special education director can often assist a family in working out the differences with minimal time and conflict. When a resolution cannot be worked out locally, specific processes are guaranteed to families of students with disabilities under the Individuals with Disabilities Education Act (IDEA). These include: (1) formal complaints, (2) mediation, and/or (3) a due process hearing. Please refer to

the dispute resolution chapter in this manual for a full description of the dispute resolution process.

o   Parents may request the form to complete through the Special Education Compliance office or through the GaDOE.

### Attorneys' Fees

U.S. District Courts can award reasonable attorneys' fees to prevailing parties, whether they are a parent, SEA, or local system as part of any settlement of a due process complaint or civil action.  Attorneys' fees awarded to SEAs or local systems may only be granted under certain guidelines.

1.  The attorney of a parent may be forced to pay the public agency's attorneys' fees when that attorney files a complaint or civil action that is frivolous, unreasonable, or without foundation, or if the attorney continued to litigate after the litigation clearly became frivolous, unreasonable, or without foundation.

2.  The parents or their attorney may be forced to pay the public agency's attorneys' fees if the parents' due process complaint or subsequent civil action was presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation.

3.  Not all legal and administrative proceedings and services are eligible for reimbursement.  A court may not award attorneys' fees for any services performed subsequent to the time of a written offer of settlement that is made to the parents if:

    a.  The offer is made in accordance with Rule 68 of the Federal Rules of Civil Procedure, or in the case of an administrative hearing, at any time more than 10 days prior to the hearing;

    b.  The offer is not accepted within 10 days; and

    c.  The court or administrative hearing officer find that the relief finally obtained by the parents is not more favorable than the offer of settlement.  However, attorneys' fees may be awarded to parents who were substantially justified in rejecting the settlement offer.

4.  In addition, IEP Team meetings are not eligible for reimbursement unless the meeting is convened as a result of an administrative proceeding or judicial action, or, at the discretion of the state, for a mediation session.

5.  Attorneys' fees for Resolution Sessions are also ineligible for reimbursement

**Parent Training**

- o IEP team may determine parent training is required as supports under related services
- o The District has Special Education Parent Mentors to help support Cobb's families with listening, training, help parents get connected by providing information to help parents engage with their children at home and in the community. Visit the website for additional information/resources: www.cobbk12.org/specialeducationparentmentors.





## Surrogate Parents (Ga State Rule 160—7- .11)

All children with disabilities are entitled to FAPE under state regulations and federal special education laws. Included in these laws is a mandate that the parents of children with disabilities have the opportunity to participate actively in the educational decision-making process. Unfortunately, some children with disabilities do not have parents who can fulfill this very important role, thus leaving their educational planning solely to representatives from their school district or from other agencies. Federal law; the IDEA; and Georgia Rules, regulations, and minimum standards require that an individual must be appointed by the district as a surrogate parent to make decisions regarding the free appropriate public education of a child with a disability.

A surrogate parent is needed when
- no parent (as defined by the IDEA) can be identified;
- the public agency, after reasonable efforts, cannot locate a parent;
- the child is a ward of the State; or
- the child is an unaccompanied, homeless youth as defined by the McKinney-Veto Homeless Assistance Act.

For a child who is a ward of the State, a judge overseeing the child's case may appoint a surrogate parent. The surrogate parent has no financial responsibility or other responsibility for the day to day care of the student. The surrogate parent must
- protect the child's rights in the educational and decision-making processes, including the identification, evaluation, and placement of the student;
- follow confidentiality requirements of Georgia Rules and federal law;
- use discretion in the sharing of information;
- participate in developing the student's IEP;
- exercise other rights given to parents under the IDEA and Georgia Rules;
- not be an employee of the State, the district, or any other agency that is involved in the education or care of the child;
- have no interest that conflicts with the child he or she represents; and have the knowledge and skills that ensure adequate representation of the child.

- o Support and Services Administrators should contact their Assistant Director regarding surrogate parents if needed. CCSD has training resources that can be provided to the identified surrogate parent.

Section 504 Manual
2023-24

Cobb County School District

# District 504 Manual

*2023-2024*



**COBB ACADEMIC
DIVISION**

CCSD_PROD_033750

# Cobb County School District 504 Guidance Manual

This manual is intended as a guide for 504 coordinators and administrators. The manual will be updated frequently. You should always check for the most recent version. If you have questions or suggestions for use, please get in touch with your district 504 Coordinator Dr. Nakia Cotton.

## Table of Contents

1.  What is a Section 504 Plan?
    A. Overview of Section 504................................................. 3
    B. Section 504 Protection.................................................. 3
    C. Impairments............................................................ 3
    D. Temporary Impairments.................................................. 4
    E. Hidden Impairments..................................................... 4
    F. Mitigating Measures.................................................... 5
    G. Parent Participation and Rights........................................ 5
    H. Procedural Safeguards/Grievances....................................... 5
2.  Section 504 Infrastructure .............................................. 8
    A. Synergy SE............................................................. 8
    B. Local School Coordinator Duties........................................ 8
3.  Section 504 Requirements................................................. 8
    A. Free and Appropriate Education......................................... 8
4.  Identification and Child Find............................................ 9
5.  Section 504 Information.................................................. 10
    A. Section 504 versus Special Education................................... 10
    B. 504 Team Members....................................................... 11
    C. Parent Participation in Meetings....................................... 12
    D. Addressing Attention Deficit Disorder.................................. 12
    E. Individual Health Care Plans........................................... 13
    F. Consulting Nurses...................................................... 13
    G. Medical Information.................................................... 14
    H. Dyslexia............................................................... 14
    I. Preparatory Meetings .................................................. 14
6.  Section 504 Process...................................................... 15
    A. Initial Section 504 Referral Meetings.................................. 15
    B. Section 504 Eligibility and Evaluation................................. 15
    C. Section 504 Plans and Meetings......................................... 17
    D. Section 504 Signature Pages............................................ 17
    E. Section 504 Meeting Minutes............................................ 18
    F. Out of District 504 Students........................................... 18
    G. Change of 504 Placement................................................ 18
    H. Exit/Dismissal from Section 504........................................ 18
7.  Section 504 Services..................................................... 19
    A. Related Services....................................................... 19
    B. Assistive Technology................................................... 19
    C. Response to Intervention/Multi-tiered System of Support................ 19
    D. Transportation......................................................... 20
    E. Service Animals........................................................ 20
    F. Accommodations......................................................... 20
    G. Classroom Accommodations............................................... 21

CCSD_PROD_033751

H.   Tracking Accommodations.................................................21
I.   Advanced Placement Classes and Accommodations..........................21
8.   Section 504 Assessments.................................................. 21
A.   Testing Accommodations.............................................. 21
B.   Universal Screeners (RI and MI) .................................... 22
C.   End of Course and Grades (Milestones)............................... 23
D.   CogAt and ITBS...................................................... 23
E.   PSAT Accommodations................................................. 24
F.   ACT, SAT, and College Board.........................................24
G.   ACCESS and English Language Learners................................25
9.   Section 504 and School Closures......................................... 25
10.  Section 504 Discipline and Behavior..................................... 26
A.   District Overview................................................... 26
B.   Section 504 Behavior Support........................................ 26
C.   Manifestation Determination......................................... 27
D.   Safety Plans........................................................29
E.   Process for Suspected Disabilities.................................. 29
11.  Miscellaneous........................................................... 29
A.   Pregnancy...........................................................30
B.   Schedule Reductions.................................................30
C.   Changed in Educational Records......................................30
D.   Section 504 and Post-Secondary......................................31
E.   End of the Year Duties.............................................. 31
F.   Section 504 and Covid...............................................31
G.   Educator's Professional Duties......................................31
H.   Senate Bill 47...................................................... 31
I.   Impairments Tab ....................................................31
12.  Records ................................................................ 32
A.   FERPA............................................................... 32
B.   Records Room Procedures............................................. 33
13.  Links to Office of Civil Rights Frequently Asked Questions.............37
14.  Appendices
A.   Appendix A Coordinator Resources.................................... 48
B.   Appendix B District forms and Processes List of Impairments.......... 49
C.   Appendix C Records Room Clerks ..................................... 50
D.   Appendix D Discipline Guidance for Administrators................... 51
E.   Appendix E Resources................................................52
F.   References ......................................................... 53

CCSD_PROD_033752

## I.    Section 504 Overview

### What is Section 504?

Section 504 of the Rehabilitation Act of 1973/Public Law 93-112 is a comprehensive law that addresses the rights of disabled persons (hereafter referred to as persons with disabilities except when quoting the law) and applies to all federal agencies' financial assistance. Eliminating barriers to education programs and services, increasing building accessibility, and establishing equitable employment practices are thoroughly and specifically addressed in Section 504 regulations. Section 504 states: **"No otherwise qualified handicapped individual shall, solely because of his/her handicap, be excluded from the participation in, be denied the benefits of, or be subject to discrimination under any program or activity receiving federal financial assistance."** The regulation clarifies that the failure to provide a **free appropriate public education** to a student with disabilities covered by Section 504 is discrimination that violates the Act.

The Office for Civil Rights (OCR) enforces and investigates compliance with Section 504. Federal financial assistance to a local school district is contingent on compliance with Section 504 and other civil rights laws. OCR may determine that federal funds may be withheld from local school systems that do not comply with civil rights legislation.

### Section 504 Protection

Students who meet eligibility under a Section 504 CANNOT be excluded from ANY school activity for which a student is otherwise qualified:

- A plan for accommodating the student's impairment **must** be developed IF the 504 Team determines that the student is eligible for such a plan.

- A student with a history of impairment cannot be discriminated against based on that impairment.

- A student who may not have an impairment but is treated as having it cannot be discriminated against.

Students under Section 504 Protection are afforded Disciplinary Protections. These protections ensure that students with disabilities under Section 504 are entitled to a Manifestation Determination Review (MDR) before removal for more than ten days. These services are not required to be provided if the incident is not related to the disability.

### Impairments

The determination of whether a student has a physical or mental impairment that substantially limits a major life activity must be made based on an individual evaluation. The Section 504 regulatory provision at 34 C.F.R. 104.3(j)(2)(i) defines a physical or mental impairment as any physiological disorder or condition, cosmetic disfigurement, or anatomical loss affecting one or more of the following body systems: neurological; musculoskeletal; particular sense organs; respiratory, including speech organs; cardiovascular; reproductive; digestive; Genito-urinary; hemic and lymphatic; skin; and endocrine; or any mental or psychological disorder, such as mental retardation, organic brain syndrome, emotional or mental illness, and specific learning disabilities. The regulatory provision does not set forth an exhaustive list of specific diseases and conditions that may constitute physical or mental impairments because of the difficulty of ensuring the comprehensiveness of such a list (https://www2.ed.gov/about/offices/list/ocr/504faq.html n.d.).

CCSD_PROD_033753

Major life activities, as defined in the Section 504 regulations at 34 C.F.R. 104.3(j)(2)(ii), include functions such as caring for one's self, performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, and working. This list is not exhaustive. Other functions can be major life activities for purposes of Section 504. In the Amendments Act (see FAQ 1), Congress provided supplementary examples of overall activities that are major life activities, including eating, sleeping, standing, lifting, bending, reading, concentrating, thinking, and communicating. Congress also provided a non-exhaustive list of examples of "major bodily functions" that are major life activities, such as the functions of the immune system, normal cell growth, digestive, bowel, bladder, neurological, brain, respiratory, circulatory, endocrine, and reproductive functions. The Section 504 regulatory provision, though not as comprehensive as the Amendments Act, is still valid. The Section 504 regulatory provision's list of examples of major life activities is not exclusive. An activity or function not specifically listed in Section 504 regulatory provision can be a major life activity (https://www2.ed.gov/about/offices/list/ocr/504faq.html, n.d.). See Appendix B for a list of common impairments.

In the Amendments Act (see FAQ 1), Congress clarified that an episodic impairment or in remission is a disability if it would substantially limit a major life activity when active. A student with such an impairment is entitled to a free appropriate public education under Section 504 (Protecting Students with Disabilities, FAQ#34, n.d.)

## Hidden Impairments

Hidden disabilities are defined as physical or mental impairments that are not easily visible to others. They include conditions and diseases such as specific learning disabilities, dyslexia, anxiety, diabetes, epilepsy, and allergy. Teams should follow the evaluation process and use various information to make decisions when identifying hidden impairments. Local School Coordinators should consult with medical professionals, consulting nurses, or families regarding hidden impairments. See the link for hidden impairments: https://www.disabled-world.com/disability/types/invisible/. The information from the site is for informational purposes. Always review data from a licensed medical provider when deciding with individual students.

## Temporary Impairments

A temporary impairment does not constitute a disability for purposes of Section 504 unless its severity is such that it results in a substantial limitation of one or more major life activities for an extended time. The issue of whether a temporary impairment is substantial enough to be a disability must be resolved on an individual basis, taking into consideration both the duration (or expected duration) of the impairment and the extent to which it limits a major life activity of the affected individual (Protecting Students with Disabilities FAQ#33, n.d.).

In the Amendments Act (see FAQ 1), Congress clarified that an individual is not "regarded as" an individual with a disability if the impairment is transitory and minor. A transitory impairment is an impairment with an actual or expected duration of 6 months or less (Protecting Students with Disabilities FAQ#33, n.d.).

## Mitigating Measures

The legislation provides that mitigating measures should not be taken into account in determining whether a student has an impairment that substantially limits a major life activity. In the Amendments Act (see FAQ 1), however, Congress specified that the ameliorative effects of mitigating measures must not be considered in determining if a person is an individual with a disability.

CCSD_PROD_033754

"Congress did not define the term "mitigating measures" but rather provided a non-exhaustive list of "mitigating measures." The mitigating measures are as follows: medication; medical supplies, equipment, or appliances; low-vision devices (which do not include ordinary eyeglasses or contact lenses); prosthetics (including limbs and devices); hearing aids and cochlear implants or other implantable hearing devices; mobility devices; oxygen therapy equipment and supplies; use of assistive technology; reasonable accommodations or auxiliary aids or services; and learned behavioral or adaptive neurological modifications" (https://www2.ed.gov/about/offices/list/ocr/504faq.html).

## Parent Participation and Rights

According to the US Department of Education Protecting Students with Disabilities, FAQ# 46, Section 504 requires districts to provide notice to parents explaining any evaluation and placement decisions affecting their children and explaining the parents' right to review educational records and appeal any decision regarding evaluation and placement through an impartial hearing. Parents are afforded rights under Section 504 and should be active members of the Section 504 team. Parent consent is required to begin an evaluation for Section 504. Source: CCSD Enrolling Adult Parent Policy

It should be noted, under Section 504, that the parent or guardian must be provided with notice of actions affecting the identification, evaluation, and placement of the student. Parents are encouraged to be involved in the 504 Process. Parent consent and cooperation are often required for a team to proceed with eligibility. Parent rights must be provided at every 504 Meeting. Parents are afforded rights under Section 504. Per Section 504, parents have the following:

- Right to an appropriate education designed to meet his or her individual educational needs as adequately as the needs of non-disabled students
- Right to free educational services except for those fees that are imposed on non-disabled students or their parents
- Right to participate in an educational setting with non-disabled students to the maximum extent appropriate to her needs
- Right to facilities, services, and activities that are comparable to those provided for non-disabled students
- Right to an evaluation before the determination of eligibility
- Right to not consent to the school system's request to evaluate
- Right to ensure that evaluation procedures conform to the requirements of 34 CFR 104.35
- Right to ensure that the school system will consider information from a variety of sources as appropriate
- Right, to ensure that placement decisions are made by a group of persons knowledgeable about your child.
- If your child is eligible under Section 504, your child has a right to periodic reevaluations.
- Right to receive notice
- Opportunity to examine relevant records
- Right to an impartial hearing and review of an adverse hearing decision
- Right to receive a copy of this notice and a copy of the school system's impartial hearing procedure upon request.
- If you disagree with the impartial hearing officer's decision, you have a right to review that decision.
- Right to, at any time, file a complaint with the United States Department of Education's Office for Civil Rights.
  Source: CCSD's Section 504 Parent Rights on TEAMS, CTLS and Synergy SE

5 | P a g e
CCSD6.2023 NSC

CCSD_PROD_033755

## Procedural Safeguards and Grievance Procedures

An LEA that operates a public elementary or secondary education program or activity shall establish and implement concerning actions regarding the identification, evaluation, or educational placement of students who, because of disability, need or are believed to need special instruction or related services, a system of procedural safeguards that includes notice, an opportunity for the parents or guardian of the student to examine relevant records, an impartial hearing with opportunity for participation by the student's parents or guardian and representation by counsel, and a review procedure. Compliance with the procedural safeguards of section 615 of the Education of the Handicapped Act is one means of meeting this requirement.

1.  **Overview:** Any student or parent, or guardian ("grievant") may request an impartial hearing due to Cobb County School District's (the "school system") actions or inactions regarding your child's identification, evaluation, or educational placement under Section 504. Requests for an impartial hearing must be in writing to the school system's Section 504 Coordinator; however, a grievant's failure to request a hearing in writing does not alleviate the school system's obligation to provide an impartial hearing if the grievant orally requests an impartial hearing through the school system's Section 504 Coordinator. The school system's Section 504 Coordinator will assist the grievant in completing the written Request for a Hearing.

2.  **Hearing Request:** The Request for the Hearing must include the following:

    a.  The name of the student.
    b.  The address of the residence of the student.
    c.  The name of the school the student is attending.
    d.  The decision that is the subject of the hearing.
    e.  The requested reasons for review.
    f.  The proposed remedy sought by the grievant.
    g.  The name and contact information of the grievant

    Within ten business days of receiving the grievant's Request for a Hearing, the Section 504 Coordinator will acknowledge the Request for a Hearing in writing and schedule a time and place for a hearing. If the written Request for Hearing does not contain the necessary information noted above, the Section 504 Coordinator will inform the grievant of the specific information needed to complete the request. All timelines and processes will stay until the Request for Hearing contains the necessary information noted above.

3.  **Mediation:** The school system may offer mediation to resolve the issues detailed by the grievant in their request for a Hearing. Mediation is voluntary, and the grievant and the school system must agree to participate. The grievant may terminate the mediation at any time. If the mediation is closed without an agreement, the school system will follow the procedures for conducting an impartial hearing without an additional Request for a Hearing.

4.  **Hearing Procedures:**

    a.  The Section 504 Coordinator will obtain an impartial review official who will conduct a hearing within 45 calendar days from the receipt of the grievant's Request for Hearing unless agreed to otherwise by the grievant or a continuance is granted by the impartial review official.

CCSD_PROD_033756

b. Upon showing good cause by the grievant or school system, the impartial review official may grant a continuance and set a new hearing date at his or her discretion. The request for a continuance must be in writing and copied to the other party.

c. The grievant will have an opportunity to examine the child's educational records before the hearing.

d. The grievant will have the opportunity to be represented by legal counsel at his or her own expense at the hearing and participate, speak, examine witnesses, and present information at the hearing. If the grievant is to be represented by legal counsel at the hearing, he or she must inform the Section 504 Coordinator of that fact in writing at least ten calendar days before the hearing. Failure to notify the Section 504 Coordinator in writing of representation by legal counsel shall constitute good cause for continuance of the hearing.

e. The grievant will have the burden of proving any claims he or she may assert. When warranted by circumstances or law, the impartial hearing officer may require the recipient to defend its position/decision regarding the claims (i.e., A recipient shall place a disabled student in the regular educational environment operated by the recipient unless the recipient demonstrates that the education of the person in the regular environment with the use of supplementary aids and services cannot be achieved satisfactorily. 34 C.F.R. § 104.34). One or more representatives of the school system, who may be an attorney, will attend the hearing to present the evidence and witnesses, respond to the grievant's testimony, and answer questions posed by the review official.

f. The impartial review official shall not have the power to subpoena witnesses, and the strict rules of evidence shall not apply to hearings. The impartial review official shall have the authority to issue pre-hearing instructions, requiring the parties to exchange documents and names of witnesses to be present.

g. The impartial review official shall determine the weight given any evidence based on its reliability and probative value.

h. The hearing shall be closed to the public.

i. The hearing issues will be limited to those raised in the written or oral request for the hearing.

j. Witnesses will be questioned directly by the party who calls them. Cross-examination of witnesses will be allowed. At his or her discretion, the impartial review official may allow further examination of witnesses or ask questions of the witnesses.

k. Testimony shall be recorded by court reporting or audio recording at the recipient's expense. The recipient shall retain all documentation related to the hearing.

l. Unless otherwise required by law, the impartial review official shall uphold the action of the school system unless the grievant can prove that a preponderance of the evidence supports his or her claim.

m. Failure of the grievant to appear at a scheduled hearing unless prior notification of absence was provided and approved by the impartial review official or just cause is shown shall

7 | P a g e
CCSD6.2023 NSC

CCSD_PROD_033757

constitute a waiver of the right to a personal appearance before the impartial review official.

5. **Decision:** The impartial review official shall issue a written determination within 20 calendar days of the date the hearing concluded. The conclusion of the impartial review official shall not include any monetary damages or the award of any attorney's fees.

6. **Review:** If not satisfied with the decision of the impartial review official, any party may pursue any right of review, appeal, cause of action, or claim available to them under the law or existing state or federal rules or regulations. Source: CCSD Procedural Safeguards on Teams and CTLS

## II.    Section 504 Structure

### Overview

The district section 504 Coordinator and department are housed under The Office of Teaching and Learning Support and Specialized Learning. The Supervisor of Special Education of Alternative Services serves as the District Section 504 Coordinator.

### Synergy SE

All Section 504 documents and records are developed and housed in the Synergy SE platform. Synergy SE is a district-wide system that houses records. Each school has designated Section 504 coordinators who serve as case manager. The case manager manages and notifies the teachers of the student's Section 504 services.

Synergy SE uses the centralized database shared seamlessly throughout the Synergy Education Platform. Data is accurate and consistent in real-time without integrating or synchronizing with other systems. The goals for using Synergy SE include record consistency across the district, enhanced systematic data collection processes to support progress monitoring, and a platform to centralize relationship building and maintenance.

### Local Section 504 Coordinator Duties

The local school principal designates the Local School Section 504 Coordinator. The local school coordinator serves as the point of contact on Section 504 related to the school building. The local school coordinator serves as the case manager in Synergy SE and the liaison between the school and the district. Some additional Section 504 Coordinator duties include:
- Maintain compliant building records and documentation for all eligible Section 504 students in Synergy.
- Train local school faculty and staff on Section 504 and serve as the point of contact for Section 504 matters and issues.
- Adhere to Section 504 record procedures, including uploading documents into Synergy SE or the District Records Room.
- Create, monitor, and conduct annual 504 meetings and three-year reevaluations per the district's policies.
- Distribute or notify local staff of Section 504 plans and monitor accommodations for students receiving Section 504 services.
- Identify students needing Section 504 services through Child Find.
- Serve as a liaison between building and district staff regarding 504 issues.
- Serve as a daily resource to the school, parents, and community regarding Section 504.

CCSD_PROD_033758

- Perform additional duties related to Section 504 services, including the End of the Year Checklist.

## III.    Section 504 Requirements
### Free Appropriate Public Education 34 C.F.R. § 104.33

The Local Education Agency that operates public or secondary programs shall provide free and appropriate education (FAPE) to each qualified with a disability in the LEA's jurisdiction, regardless of the nature of the disability.

Appropriate education is the provision of regular or special education and related aids and services designed to meet the individual needs of students with disabilities as adequately as the needs of nondisabled students are met.

Per the Office of Civil Rights and the US Department of Education, "Students with disabilities have the same right to K-12 public education that students without disabilities have. Students with disabilities may need special education and/or related aids and services to receive and benefit from that education. OCR ensures that public elementary and secondary schools, including charter schools, provide a free appropriate public education (FAPE) to all qualified students with disabilities (generally, students with disabilities who are of school age), regardless of the nature or severity of their disabilities. Section 504 and Title II require public schools to provide appropriate education and modifications, aids, and related services free of charge to students with disabilities and their parents or guardians. The "appropriate" component means that this education must be designed to meet student's individual educational needs as determined through appropriate evaluation and placement procedures. However, students with disabilities must be educated with students without disabilities to the maximum extent reasonable (US Department of Education, n.d.).

## IV.    Identification and Child Find
### Location and Notification, 34 CFR § 104.32

An LEA shall identify and locate every student qualified under Section 504 who needs to receive FAPE and take appropriate steps to notify students and their parents or guardians.

LEAs that operates public or secondary programs or activity shall annually:

A.  Undertake to identify and locate every qualified student with a disability residing in the LEA's jurisdiction who is not receiving a public education and
B.  Take appropriate steps to notify students with disabilities and their parents or guardians of the LEA's duties.

The LEA should consider the obligation to initiate an evaluation of a child suspected of disability under 34 CFR §104.35 Evaluate and Placement. The LEA requirement is to locate students who qualify for 504 support and services, so a parent's request may not always trigger the obligation to evaluate. The responsibility to evaluate may be triggered by the student's performance, behavior, or otherwise, indicating that the child may have a disability.

The child find process for homeless students and students parentally placed in private schools falls under the jurisdiction of the LEA that would be assigned based on residence. The Federal regulations do not prescribe specific child-find activities; however, the LEA must take general actions such as providing public awareness and tracking enrollment in other educational programs (e.g., early childhood centers and private schools) to fulfill its child-find responsibilities. Source: Section 504 Referral Form on Teams and CTLS.

CCSD_PROD_033759

## Section 504 versus Special Education

In some ways, Section 504 is similar to IDEA (Individuals with Disabilities Act) in that it involves rights, an evaluation, an individual plan, follow-up, and reevaluation. They are different in the following ways:

1. Section 504 is a civil rights law that ensures accommodations for equal access to services that non-disabled students receive in the regular classroom, whereas IDEA involves specialized, individualized instruction by specially trained teachers; and
2. IDEA brings extra funding to IDEA-placed students, whereas Section 504 brings no additional funding. Thus, they are different as far as goals and intent.

Section 504 and IDEA contain requirements for a Free and Appropriate Education for students with disabilities. FAPE is a statutory term under IDEA. LEAs must develop individual education plans (IEPs) for each eligible student with a disability, which outline the student's special education and related services program. See the chart for a description of the differences between the two programs.

| Programs | 504 plans of accommodations, related services, and modifications to policies and practices, as needed to provide a §504 FAPE | IEP with Special Education services ("specially designed instruction" within the meaning of IDEA) **funded** through part use of IDEA-B funds, continuum of placements, a variety of related services, supplementary aids and services, potentially modified curriculum, accommodations, potentially alternate state assessments, various IEP requirements. |
| --- | --- | --- |
| Procedural Safeguards | Basic safeguards—Prior notice, access to records, local grievance process, due process hearing, review procedure | Detailed and extensive safeguards—prior written notice, access to records, mediation, intricate due process hearing, appeal to federal or state court, SEA complaint, independent evaluations |
| Monitoring | Office of Civil Rights | State Departments of Education Office of Civil Rights, in some instances |
| Applicability | Agencies that receive federal funding ("recipients") | Public elementary and secondary schools in participating States and Territories (currently all) |
| Episodic/Remission Conditions | Eligibility must be determined as if the condition was in a full-blown state at the time of determination (2008 ADAAA) | Eligibility is determined "as is" at the time of evaluation |

CCSD_PROD_033760

| Funding | No specific federal funding source | IDEA-B federal funding State special education funding Local funding as required for maintenance of effort |
|---|---|---|
| Discipline | Manifestation determination review (MDR) before disciplinary changes in placement (removals of >10 consecutive school days) | Manifestation determination requirement before disciplinary changes in placement (removals of >10 consecutive school days) |

If a student is eligible under IDEA, he or she must have an IEP. Under the Section 504 regulations, one way to meet Section 504 requirements for a free appropriate public education is to implement an IEP." (OCR 2015 Dear Colleague Letter, at Question 36). IDEA regulations state that sped students 'IEPs must address the needs that arise from their disability and "to be involved in and make progress in the general curriculum and participate in non-academic services. See 34 C.F.R. §300.320(a)(4)

IEPs under IDEA must address any services the student may need to participate in school and learn, even if the need is not directly related to the eligibility category (IEP teams are responsible for protecting students' §504 nondiscrimination rights).

## 504 Team Members

The law is not specific as to the required team members or the positions of the team members. The 504 Teams may include teachers, parents, counselors, school and consulting nurses, administrators, and district personnel. At the elementary and secondary education levels, the required information is determined by the multi-disciplinary committee gathered to evaluate the student. The team should include persons knowledgeable about the student, the meaning of the evaluation data, and the placement options.

The team members must determine if they have enough information to make a knowledgeable decision as to whether the student has a disability. The Section 504 regulatory provision at 34 C.F.R. 104.35(c) requires that school districts draw from various sources in the evaluation process to minimize the possibility of error. The information obtained from all such sources must be documented, and all significant factors related to the student's learning process must be considered.

These sources and factors may include aptitude and achievement tests, teacher recommendations, physical condition, social and cultural background, and adaptive behavior. In evaluating a student suspected of having a disability, relying on presumptions and stereotypes regarding persons with disabilities or classes of such persons is unacceptable. Compliance with the IDEA regarding the group of persons present when an evaluation or placement decision made is satisfactory under Section 504 (Protecting Students with Disabilities, FAQ#18, n.d.).

## Parent Participation

Teams are strongly encouraged to include parents in the annual Section 504 process. The local coordinator should attempt to communicate with parents in various ways with three documented attempts, including mail. The local school coordinators must upload any parental correspondence or documentation in Synergy SE. If after three unsuccessful attempts, please seek guidance from the district 504 coordinators to discuss and determine the best course of action.

CCSD_PROD_033761

## Addressing Attention Deficit Disorder

Teams that evaluate students for attention deficit hyperactivity disorder should follow the same process to determine if the diagnosis of ADHD is a substantial limitation to a major life activity. ADHD diagnosis may come in the form of a medical report form, psychological report, or letter from a licensed medical provider.  Schools may determine those additional educational strategies would be appropriate in addition to the Section 504 plan. These strategies may be documented by using the Response to Intervention (RtI) or MTSS model. MTSS/RtI is a model in which the students with academic or behavioral difficulties are provided one or more research-based interventions.

According to the Centers for Disease Control and Prevention (CDC), there are three different types of ADHD, which are categorized depending on which symptoms are strongest:

(1) predominantly inattentive type.
(2) predominantly hyperactive-impulsive type; and
(3) combined type (where signs of the first two types are equally present).

Every type of ADHD affects the functioning of the parts of the brain related to thinking, concentrating, and planning. A determination that a student has any ADHD, therefore, is a determination that a student has an impairment for purposes of meeting one of the prongs of Section 504's definition of disability.

Further, a diagnosis of ADHD is evidence that a student may have a disability.37 OCR will presume, unless there is evidence to the contrary that a student with a diagnosis of ADHD is substantially limited in one or more major life activities.

If district staff perceive or receive information that leads them to suspect that a student has a disability – for example, if a student has ADHD and needs or is suspected of needing special education or related aids and services in addition to regular education

– the school district must evaluate to determine if the impairment substantially limits that student in a major life activity (Dear Colleague Letter and Resource Guide on Students with ADHD (ed.gov), p.10).

The student's progress should be monitored frequently to evaluate whether interventions are sufficient to assist the student in progressing. If, after a determined period, the student does not progress despite the interventions, referral to a 504 team to determine eligibility may be appropriate. The following documents provide specific guidance about ADHD: Students with ADHD and Section 504: A Resource Guide located on Teams and CTLS.

**While MTSS/RtI is not required to determine eligibility under Section 504, the MTSS/RtI process can effectively address students' needs.**

## Individual Health Care Plans

In the school setting, the IHCP is the counterpart of the nursing care plan. The IHCP is a necessary tool for delineating the nursing plan of care to foster academic success and support optimal attendance.  The school nurse creates the IHCP for the school nurse.  The IHCP facilitates communication among nursing staff to promote continuity of care (Sampson & Will, 2017).  The IHCP document is based on the nursing process, utilizes nursing language, and documents standards of school nursing practice (Galemore & Sheetz, 2015; NASN, 2017).  It is the guiding document for delivering student-specific nursing care, illustrating the school nurse's responsibility and accountability (NASN, 2017).

CCSD_PROD_033762

In CCSD, the Consulting nurses create IHCPs for select students with healthcare needs that, if not addressed, may negatively affect or have the potential to affect attendance and/or academic performance. Students with IHCPs may have chronic health issues or have an acute alteration in their health status that may temporarily require specialized nursing care. Priority for IHCP development must be given to those students who need significant health services at school, have a medical diagnosis that may result in a health crisis, and/or students with health conditions addressed in a Section 504 Accommodation Plan (Yonkaitis & Shannon, 2019).

**Section 504 Plans**

Written by 504 Local School Coordinator

Educationally driven (Based on needs that impacts class progress)

Plan to "level the playing field" in the education environment

Managed by 504 Coordinator.

Plans located in Synergy

**Individual Health Care Plans**

Written by Consulting Nurse

Medically driven

Plan to address health issues.

No educational impact

Housed by clinic nurse

Can be embedded in the 504 plan or individually.

## Consulting Nurses

IHCPs in the district may be stand-alone documents when the medical diagnosis does not impact academic progress. Suppose a student has an IHCP, and academics are affected due to the student's diagnosis. In that case, the consulting nurse and local 504 coordinators may collaborate to develop a Section 504 plan with an IHCP or embed the IHCP into the Section 504 plan. The CCSD consulting nurses are an integral part of the 504 processes. Please rely on the consulting nurses to answer medical documents and invite the consulting nurses to Section 504 meetings. Consulting Nurse List

## Medical Information

The 504 Team may use various data sources and **may** require medical documentation to determine 504 eligibilities. Some acceptable medical documents include diagnoses from **licensed** medical doctors, optometrists, license psychiatrists, psychologists for ADHD, and licensed social workers (based on diagnosis).

The 504 Coordinator may also seek clarification from the physicians, consulting nurses, district 504 Coordinator, or Designees regarding specific diagnoses and medical providers when asked about a specific diagnosis. Section 504 teams must consider and review individual medical diagnoses on case-by-case criteria. When in doubt, research and consult to ensure compliance and the appropriateness of the documentation to determine eligibility. Medical Form located on CTLS and Teams

According to Protecting Students with Disabilities Frequently Asked Questions #24, A physician's medical cannot be the sole evaluation. A physician's diagnosis may be considered among other sources in evaluating a student with

13 | P a g e
CCSD6.2023 NSC

CCSD_PROD_033763

an impairment or believed to have an impairment that substantially limits a major life activity. Other sources to be considered, along with the medical diagnosis, include aptitude and achievement tests, teacher recommendations, physical condition, social and cultural background, and adaptive behavior. As noted in FAQ 22, Section 504 regulations require school districts to draw upon various sources in interpreting evaluation data and making placement decisions (Protecting Students with Disabilities, FAQ #24, n.d.).

"A medical diagnosis of an illness does not automatically mean a student can receive services under Section 504. The illness must cause a substantial limitation on the student's ability to learn or another major life activity. For example, a student who has a physical or mental impairment would not be considered a student in need of services under Section 504 if the impairment does not in any way limit the student's ability to learn or other major life activity or only results in some minor limitation in that regard" (Protecting Students with Disabilities, FAQ# 25, n.d.).

## Dyslexia and Senate Bill 48

The Georgia Department of Education has partnered with experts in dyslexia, literacy, and language to create an informational handbook about dyslexia, reading, and language disorders and how they interconnect, aligned with Senate Bill 48.

Dyslexia is a specific learning disability that is neurobiological in origin. It is characterized by difficulties with accurate and fluent word recognition and by poor spelling and decoding abilities. Dyslexia is a neurobiological (located physically in the brain) condition that makes reading more difficult. Dyslexia is a language-based condition rather than a vision-based condition.

Instructional accommodations may include how instruction is provided, how the child is expected to respond, how the child participates in classroom activities, and the instructional materials used. Accommodations provide children with disabilities with various ways to access the Georgia Standards of Excellence, so their disabilities are not barriers to achievement. Children receiving accommodations are still expected to meet the same grade-level standards as their peers without disabilities.  Accommodations should be distinct from differentiated instruction. Source: Senate Bill 48 Georgia Department of Education Dyslexia Handbook located on CTLS and Teams in the Dyslexia and 504 Folder

## Preparatory Meetings

The purpose of conducting a Preparatory Activity (PA) is to help improve 504 meetings. It is not a time to predetermine services, supports, etc., as a Section 504 Committee makes those decisions. Preparatory activities are addressed under 34 CFR § 300.501(b)(3). The discussion should include academic progress (medical), information, and relevant current data to prepare for the meeting. Also, any behavioral data, current evaluations, related services, and work samples should be discussed.

Local coordinators and 504 committee members should obtain input from staff knowledgeable about the student and/or the student's program at the PA. Besides, if there are potential problems, possible solutions should be developed. On-going communication with parents is essential to Section 504. As a local school 504, you should be aware of parent concerns before the meeting unless they are unwilling to share t you. No, minutes should not be taken at a PA. You can take personal notes, but they should not be shared with anyone, and these are not part of the student record as they are personal notes. Follow the district checklist for PA meetings: Source Preparatory Activity folder on Teams and CTLS.

CCSD_PROD_033764

Items usually discussed at Preparatory Meetings include:

- Roles-facilitator, note-taker, etc.

- If you need or have a recorder available

- Seating

- Having signature pages and other relevant documents copies

- Discussion of an agenda or agenda items

## V.    Section 504 Process

### Initial 504 Referral Meetings (Preplacement Evaluation 34 C.F.R §104.35(A))

The process for initiating Section 504 eligibility begins with a team meeting. An LEA that operates a public elementary or secondary shall evaluate per Evaluation Procedures 34 C.F.R §104.35(b) any student who, because of a disability, needs or is believed to need special education or related services before taking any action concerning the initial placement of the student in general or special education and any subsequent significant change in placement (GADOE Section 504 Guidance for Local Education Agencies, 2018, pp. 18).

The purpose of the meeting is to document concerns and reasons for the referral and request or review essential medical or psychological information (if the parent provides it). The 504 referrals may be completed before or during this meeting. During this meeting, the team may decide to move forward with the referral, provide parent rights and obtain a signed, completed Section 504 consent for evaluation from the parent. Use the Initial Meeting Checklist, Initial Placement Meeting Form, and the Consent for Evaluation Form to document this meeting to begin the Section 504 Evaluation. Always provide the parent a copy of their Parent Rights. Forms and documents are located in Teams (Initial Meeting Folder), CTLS and Synergy SE.

### 504 Eligibility and Evaluation

The process for determining eligibility for Section 504 includes determining if a qualified individual with a disability is an individual with a **mental or physical impairment** that **substantially limits** one or more **major life activities**.

- The Section 504 regulatory provision at 34 C.F.R. 104.3(j)(2)(i) defines a **physical or mental impairment** as any physiological disorder or condition, cosmetic disfigurement, or anatomical loss affecting one or more of the following body systems: neurological; musculoskeletal; special sense organs; respiratory, including speech organs; cardiovascular; reproductive; digestive; genito-urinary; hemic and lymphatic; skin; and endocrine; or any mental or psychological disorder, such as mental retardation, organic brain syndrome, emotional or mental illness, and specific learning disabilities.

- **Major life activities,** as defined in the Section 504 regulations at 34 C.F.R. 104.3(j)(2)(ii), include functions such as caring for oneself, performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, and working. This list is not exhaustive. Other functions can be major life activities for purposes of Section 504.  In the Amendments Act (see FAQ 1), Congress provided **additional examples** of general activities that are **major life activities**, including eating, sleeping, standing, lifting, bending, reading, concentrating, thinking, and communicating. Congress also

CCSD_PROD_033765

provided a <u>non-exhaustive list</u> of examples of **"<u>major bodily functions</u>"** that are major life activities, such as the functions of the immune system, normal cell growth, digestive, bowel, bladder, neurological, brain, respiratory, circulatory, endocrine, and reproductive functions.

To meet eligibility criteria, the mental or physical impairment shall be documented by a provider licensed/qualified by the State of Georgia to make that diagnosis. For initial eligibility, the evaluation report shall be current within one year. The team must consider the impact of the documented mental or physical impairment and relevant information as documented above to determine substantial limitations.

There are three questions to consider in determining whether a person's impairment substantially limits one or more major life activities:

1) **What is the nature and severity of the impairment?**

2) **How long will it last, or is it expected to last?**

3) **What is its permanent or long-term impact or expected impact?**

**Temporary, non-chronic impairments that do not last long and have little or no long-term impact are usually not considered to be disabilities."**

Per the Georgia Department of Education, Section 504 Manual 2018, examples that may require may entitle a person to Section 504 protections include:
- Diseases such as AIDS, tuberculosis, or hepatitis B.
- Medical conditions such as chronic asthma, diabetes, heart disease, juvenile arthritis, cancer, or seizure disorder
- Physical disabilities such as cerebral palsy or muscular dystrophy
- Attention Deficit Disorder with or without hyperactivity; and
- Severe allergies

Suppose the school district has reason to believe a student may have a disability as defined under Section 504 and may require special accommodations in the general education setting. In that case, the district must evaluate the student. If the student is determined to be eligible under Section 504, the district must consider if a plan is required and if so, they must develop and implement a plan for the delivery of all services.

According to Protecting Students with Disabilities Frequently Asked Questions, an impairment in and of itself is not a disability. The impairment must substantially limit one or more major life activities to be considered a disability under Section 504.

A referral for 504 usually starts with a parent referral or SST process. The 504 Team may use a variety of data components for an evaluation as determined by the type of suspected disability. 504 Teams may consider information from a variety of sources as appropriate, which may include:

- aptitude and achievement tests
- grades
- teacher recommendations and observations
- physical conditions
- social or cultural background
- medical records
- Parent recommendations.

CCSD_PROD_033766

Our practice is to review and/or redetermine eligibility every three years for Section 504. Some impairments do not go away. However, updated medical data may be needed to revise 504 plans to support students' needs as they progress through the years. The team will need to review current data and determine continued eligibility.

## Section 504 Plans and Meetings

A Section 504 Plan is an educational plan describing what accommodations, special services, or related aids and services will be provided to meet the individual educational needs of the eligible student as adequately as the needs of nondisabled students.

A 504 plan intends to address the individual needs of the student **at school**.

The 504 Team should consider if the student requires accommodations to ensure that he or she has access to education comparable to that available to students without disabilities. The team may consider the effects of mitigating measures when determining the need for accommodations in a Section 504 plan.

The team should consider accommodations **"that do not affect the essential nature of a program and must be made to eliminate discrimination."** The purpose of accommodations under Section 504 is to give a student access to a free appropriate public education (FAPE) in the least restrictive environment. The purpose is not to provide an undue advantage to the student.

**Parent Rights must be provided to the parent at every Section 504 meeting (eligibility, plan, manifestation determination, etc.).**

The 504 committees should meet annually to revise current plans. The team should consist of team members, including parents who know the student's needs. Meeting notes need to be documented during the meeting. Participants must sign in the document attendance at the meeting.

All Section 504 Plans and documents are on the Synergy SE platform.

## Section 504 Signature Pages

The district requires Section 504 signatures to be collected at all 504 meetings. The signature pages serve as documentation and attendance of participants, including teachers and parents. Signature pages may be in the form of the Section 504 Signature pages from Synergy SE, a virtual signature page, a forms document, or an email confirming participation. Once signatures are collected, the documents must be uploaded into the Synergy SE 504 Documents tab under other documents or the historical documents tab under other. Virtual 504 Signature Page or Section 504 Signature Forms at https://bit.ly/3v7sACz. Forms are in Teams, CTLS under virtual signatures)

## Section 504 Meeting Minutes

504 Meeting Minutes are a part of the 504 meetings/plan. Always note the meetings' actions and document discussions outside the plan on the meeting minutes. The meeting minutes may be documented in the plan under the brief description of the impact on a separate Word document or 504 Meeting Minutes.

The minutes include the date, type of meeting, pertinent discussions during the meeting, such as parent concerns, teacher comments outside of the input form that may be vital to the team's decisions, and any other information. The

CCSD_PROD_033767

meeting minutes are to provide a snapshot of what the committee discussed. For instance, if someone did not attend the meeting but wanted to understand the proceedings, the meeting minutes will summarize and plan.

Any follow-up actions the team agrees to may also be documented in the minutes or the plan. Minutes may be uploaded into the other documents section under Section 504 Synergy SE. Minutes may be provided to a parent if the parent requests a copy since minutes are part of a student's educational records. Form is located in Teams and CTLS in the Meeting Minutes Folder

## Out-of-District 504 Plans

When students with a disability transfer from another school district with a Section 504 plan, the receiving district CCSD should review the plan and supporting documentation, and the local coordinator reviews the plan with other appropriate personnel to determine if the plan is proper, such as accommodations, grade level, diagnosis, etc. The district must implement the plan since the student has been deemed Section 504 eligible in the previous district. Suppose the district determines that additional information is required. In that case, the district must evaluate the student consistent with the Section 504 procedures at 34 C.F.R. 104.35 and determine which educational program is appropriate for the student within a reasonable time frame. The best practice for transferring an out-of-district plan is **less than twenty days**. In the interim, provide the teachers with a copy of the previous district's plan. Follow the checklist for out-of-district plans:

When presented with an out-of-district 504 plan, please do the following: CCSD Out-of-District. (Form is located in Teams and CTLS under Coordinator Checklists)

## Change of Placement

When a student changes 504 placement based on the change circumstances, a meeting may be required to document such instances. The team may need to convene with the parents to discuss the placement change and explain the process of no longer receiving services. Once the change has been determined, note such changes in Synergy SE and upload any supporting documents.

## Exit/Dismissal from Section 504

Students may be dismissed or exit Section 504 services for various reasons. Suppose the coordinator has the proper documentation and the parent has been notified of the changes. In that case, the coordinator may exit the student and upload any supporting documents into Synergy SE. Students who exit from Section 504 will still be eligible for protection from discrimination based on the history of the impairment. See the guidance: Exit a Student from Section 504 Synergy (located in Teams and CTLS in the Synergy Guidance Folder).

# III. Section 504 Services
## Overview of Services

The necessary services must be determined following evaluation data by a group of persons knowledgeable about the student. The team should review the nature and presence of the disability, how it affects the student's access to the educational process, and whether accommodations are needed to prevent discrimination. The decisions about 504 eligibility and services must be documented in the student's file. If services are provided, eligibility and the plan for services should be reviewed periodically (as determined by the team).

CCSD_PROD_033768

## Related Services

A 504 student may be eligible for assistive technology or related services. The team would follow the process for making a referral for the needed service. If a parent requests related services, complete a 504 Related Services Referral and get a Consent for Evaluation Form signed. Once completed, these documents should be sent to related.services@cobbk12.org within two days of the signed consent.

The team needs to consider the medical information to make an informed decision to determine if there is an educational impact and if school-based OT is required. This discussion will need to be documented in the meeting minutes. Additional guidance, including the referral and consent forms, is on 504 CTLS and TEAMS in the Related Services Folder.
Examples of related services include:

- occupational therapy
- physical therapy
- orientation mobility
- transportation
- nursing services

## Assistive Technology

A student under Section 504 may be eligible for assistive technology. Contact the school Program Support Specialist if a parent requests or the team recommends assistive technology services. The team will need to conduct a meeting. Invite the Program Support Specialist to the meeting. The team needs to review data to make an informed decision to determine if Assistive Technology would provide an educational benefit hence "level the playing field," and support the student in the classroom.

The 504 Coordinator would use the Instructional Support Guide to determine the required service. Then, complete a 504 Request for Assistive Technology Support, Request for Instructional Report, or Request for AT Evaluation and have the parent sign a Section 504 consent for evaluation (check the AT box). The signed authorization and referral must be sent to the Program Support Specialist. The discussion should be documented in the plan and the meeting minutes. Consult your Assistive Technology Specialist for your school regarding requests if you need clarification on specific Assistive Technology support. All documents are located on 504 CTLS or TEAMS in the Assistive Technology Folder.

## Response to Intervention/Multi-Tiered System of Support

The Response to Intervention (RtI) Process is a problem-solving process in every school. Students require additional instruction to meet individual learning expectations. Students will receive support through a systematic and purposeful RtI process. The number of students requiring interventions will decrease as the intensity of the intervention increases. Students may be identified for Section 504 services through the Student Support Team and RtI process.

"A regular education intervention plan is appropriate for a student who does not have a disability or is not suspected of having a disability but may be facing challenges in school. School districts vary in how they address the performance problems of regular education students. Some districts employ teams at individual schools, commonly called "building teams." These teams are designed to provide regular education classroom teachers with instructional

**19 | P a g e**
CCSD6.2023 NSC

CCSD_PROD_033769

support and strategies for helping students in need of assistance" (Protecting Students with Disabilities FAQ #41 n.d.).

Once a student qualifies under Section 504, they may still require interventions and support to collect additional data for the team. RtI can be beneficial; it should not be implemented in a way that delays or denies child-find and evaluations to students with suspected disabilities. The following flowchart guides MTSS, Section 504, and Special Education located in Teams and CTLS in the MTSS.Guidance Folder.

## Transportation

Transportation is available for Section 504 students when the medical impacts the student's ability to attend school. All transportation forms must be submitted to District 6. Ombudsman 504 students are not eligible for transportation. See the Transportation SE Guidance form in Teams, CTLS, and 504 Team in the transportation folder.

## Service Animals

Under the ADA, a service animal is defined as an animal that has been individually trained to do work or perform tasks for an individual with a disability.
The task(s) performed by the animal must be directly related to the student's disability.

Medical documentation must support the need for the service animal and the impact that the animal has related to the disability. See the District's Service Animal Guidance in the manual's appendix for additional guidance. If you have other questions, contact the consulting nurse and 504 Coordinator for recommendations regarding service animals. Additional documents are available for service animals: Service Animal FAQ and information in Teams and CTLS in the Service Animal Folder.

## Accommodations

The 504 Team may determine that an eligible 504 student needs accommodations to support learning and "level the playing field" in the education class setting. The team should consider the following regarding accommodations:

- Accommodations are intended to lessen the student's impairment as progress is made on grade-level standards.
- Accommodations must be chosen on an individual basis.
- Unnecessary accommodations and/or the inaccurate assignment or misuse of accommodations should be avoided as they can counteract an accommodation's perceived or intended benefits.
- Accommodations within and across content areas must be considered.
- Accommodations must be as specific as possible.
- The team should match accommodations to needs and, based on data, identify a particular area of student need to be met.
- Include accommodations that are consistently needed for the student to receive FAPE.
- Accommodations needed occasionally should be left to the teacher discretion and off the plan.

CCSD_PROD_033770